# EXHIBIT A

 CT Corporation

**Service of Process
Transmittal**
12/03/2020
CT Log Number 538689056

TO:  Linda L. Eastman, MANAGER, PRODUCT LITIGATION
Hyundai Motor America
10550 Talbert Ave
Fountain Valley, CA 92708-6032

RE:  **Process Served in California**

FOR:  HYUNDAI MOTOR AMERICA  (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | EDWIN ROCKENBACH, ETC., PLTF. vs. HYUNDAI MOTOR AMERICA, DFT. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 56202000547293CUBCVTA |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law |
| **ON WHOM PROCESS WAS SERVED:** | National Registered Agents, Inc., Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/03/2020 at 03:29 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/03/2020, Expected Purge Date: 12/08/2020 |
| | Image SOP |
| | Email Notification,  Theresa San Roman  TSANROMAN@HMAUSA.COM |
| | Email Notification,  Linda L. Eastman  LEASTMAN@HMAUSA.COM |
| **SIGNED:**<br>**ADDRESS:** | National Registered Agents, Inc.<br>1209 N Orange St<br>Wilmington, DE 19801-1120 |
| **For Questions:** | 866-401-8252<br>EastTeam2@wolterskluwer.com |

Page 1 of  1 / NK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



# PROCESS SERVER DELIVERY DETAILS

**Date:**             Thu, Dec 3, 2020

**Server Name:**      Jimmy Lizama

| Entity Served | HYUNDAI MOTOR AMERICA |
|---|---|
| Agent Name | NATIONAL REGISTERED AGENTS, INC. |
| Case Number | 56-2020-00547293-CU-BC-VTA |
| Jurisdiction | CA |



**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

HYUNDAI MOTOR AMERICA,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

EDWIN ROCKENBACH, individual,

VENTURA
SUPERIOR COURT
**FILED**

NOV 2 0 2020

MICHAEL D. PLANET
Executive Officer and Clerk
BY:_____, Deputy
**CRISTAL V. ALVAREZ**

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:   Ventura County Superior Court
*(El nombre y dirección de la corte es):*

800 South Victoria Avenue, Ventura, California 93009

| CASE NUMBER: |
| --- |
| 56-2020-00547293-CU-BC-VTA |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Kathryn B. Abrams, 9663 Santa Monica Blvd, Suite 176, Beverly Hills, CA 90211 (888) 415-0610

DATE: **NOV 2 0 2020**     **Michael D Planet**  Clerk, by _____, Deputy
*(Fecha)*                                  *(Secretario)*  **CRISTAL V. ALVAREZ**   *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*



**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [XX] on behalf of *(specify):*    HYUNDAI MOTOR AMERICA

under: [XX] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)     [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
[ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Kathryn B. Abrams, Esq. (SBN: 266285)
**Of Counsel LEMON LAW GROUP PARTNERS, PLC**
9663 Santa Monica Blvd, Suite 176
Beverly Hills, California 90210
Telephone: (888) 415-0610
Facsimile: (888) 809-7010
Email: kabrams@lemonlawgrouppartners.com

*Attorney for Plaintiff, EDWIN ROCKENBACH*

VENTURA
SUPERIOR COURT
FILED

NOV 2 0 2020

MICHAEL D. PLANET
Executive Officer and Clerk
BY:_____, Deputy
**CRISTAL V. ALVAREZ**

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF VENTURA

| | |
|---|---|
| EDWIN ROCKENBACH, individual,<br><br>Plaintiff,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA,<br><br>Defendant. | Case No.: 56-2020-00547293-CU-BC-VTA<br><br>**COMPLAINT FOR DAMAGES**<br><br>**1. VIOLATION OF THE SONG-BEVERLY CONSUMER WARRANTY ACT;**<br>**2. VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT**<br><br>By FAX |

### JURY TRIAL DEMANDED

### SUMMARY

1.      This is a "lemon law" lawsuit relating to a defective 2017 Hyundai Veloster with a vehicle identification number KMHTC6AD4HU318518 (the "Subject Vehicle"). While it was under warranty, Plaintiff took the Subject Vehicle in for repairs of serious defects. However, Defendant was either unable or unwilling to properly diagnose and repair the defects. Accordingly, under the "lemon law", Defendant is obligated to repurchase the Subject Vehicle. Plaintiff is also entitled to a civil penalty based on Defendant's willful violation of the lemon

COMPLAINT FOR DAMAGES

1  law.

2  **PARTIES**

3      2.     Plaintiff Edwin Rockenbach is an individual residing at 1950 Lantana Street,

4
5  #202, Oxnard, California 93036.

6      3.     Defendant Hyundai Motor America ("HMA") is a foreign profit corporation that

7  does business throughout this state, including Ventura County.  HMA is the manufacturer and

8  warrantor of the Subject Vehicle. HMA can be served through its registered agent National

9
10  Registered Agents, Inc., 818 W. Seventh Street, Ste 930, Los Angeles, CA 90017.

11      4.     The transactions and occurrences involved in this action took place in the State of

12  California, County of Ventura.  The Subject Vehicle was purchased in Ventura County.

13      5.     All acts of corporate employees as alleged were authorized or ratified by an

14  officer, director or managing agent of the corporate employer.

15  **FACTS**

16      6.     On or about May 21, 2018, Plaintiff purchased the Subject Vehicle from R & A

17
18  Alexander Investments LLC. A true and correct copy of the Purchase Agreement is attached

19  hereto and marked Exhibit "A" and by this reference made a part thereof.

20      7.     At the time of purchase, the Subject Vehicle was accompanied with a factory

21  warranty which, in relevant part, provided for a five (5) year, 60,000-mile bumper-to-bumper

22  warranty (the "Warranty").  A true and correct copy of the Pertinent Portion of the Warranty is

23
24  attached hereto and marked Exhibit "B" and by this reference made a part thereof.  Warranty in

25  its entirety is in Defendants' possession.

26      8.     The Subject Vehicle was purchased in the State of California primarily for

27  personal, family, and/or household purposes.

28
                    COMPLAINT FOR DAMAGES

9.    The Defendant's warranties covered any repairs or replacements needed during the warranty period and/or due to defects in factory materials or workmanship.

10.    In fact, when delivered, the Subject Vehicle was defective in materials and workmanship, such defects being discovered within the warranty periods and repairs were attempted.  To date, the Subject Vehicle has been in service on at least four (4) occasions to repair defects including jumping into first gear and the rpms revving high when driving 65 mph, no power when driving in sixth gear, and low mileage per gallon requiring replacement of the transmission, the dual clutch transmission improperly shifting, the transmission dropping into first gear when driving at 60 mph and accelerating without pressing the accelerator when stopping requiring replacement of the clock spring, and the transmission getting stuck in first gear requiring replacement of the steering wheel harness. However, these repairs were unsuccessful, and the defects remain.  During said repair attempts the Subject Vehicle has been out of service for at least twenty-five (25) days. A true and correct copy of the Repair Orders is attached hereto and marked Exhibit "C" and by this reference made a part thereof.      -      -

11.    Despite the multiple and extensive repairs, and the prolonged time during which Alexander of Oxnard Buick GMC Cadillac Hyundai ("Alexander of Oxnard"), an authorized repair facility for Hyundai vehicles, was given the opportunity to repair Plaintiff's vehicle, they have failed to repair the Subject Vehicle so as to bring it into conformity with the warranties set forth herein.

12.    The defects experienced by Plaintiff with the Subject Vehicle substantially impair its use, value and safety to the Plaintiff, and has shaken Plaintiff's faith in the vehicle to operate as dependable transportation.

COMPLAINT FOR DAMAGES

13.     Despite Plaintiff's repeated efforts to allow for opportunities to repair the Subject Vehicle, many nonconforming and defective conditions were not repaired and still exist.

14.     Plaintiff directly notified Defendant of the defective conditions of the vehicle on numerous occasions and that he desired a buy-back of the Subject Vehicle.  A true and correct copy of the Written Notification is attached hereto and marked Exhibit "D" and by this reference made a part thereof.

### FIRST CAUSE OF ACTION
### (for Violation of the Song-Beverly Consumer Warranty Act
### Breach of Express Warranty Against HMA)

15.     Plaintiff repeats and incorporates Paragraphs 1 through 14 as set forth above, incorporate the same herein as though fully set forth.

16.     HMA is the warrantor of the Subject Vehicle's express warranty.

17.     Pursuant to HMA's express warranty, HMA undertook to preserve or maintain the utility or performance of the Subject Vehicle or provide compensation if there was a failure in such utility or performance.

18.     The Subject Vehicle has and has had serious defects and nonconformities to warranty, including, but not limited to, the defects described above.

19.     Under the Song-Beverly Consumer Warranty Act ("Warranty Act"), the Subject Vehicle is a "consumer good" purchased for family or household purposes and Plaintiff has used the Subject Vehicle primarily for those purposes.

20.     Plaintiff is a "buyer" of consumer goods under the Warranty Act.

21.     Defendant, HMA is a "manufacturer" and/or a "distributor" under the Warranty Act.

COMPLAINT FOR DAMAGES

22.     The foregoing defects and nonconformities to warranty manifested themselves within the applicable express warranty period.  The nonconformities substantially impair the use, value and/or safety of the Subject Vehicle.

23.     Plaintiffs delivered the Subject Vehicle to Alexander of Oxnard for repairs of the nonconformities.

24.     Alexander of Oxnard was unable to conform the Subject Vehicle to the applicable express warranties after a reasonable number of attempts

25.     By failure of HMA to remedy the defects as alleged above, or to issue a refund or replacement, HMA is in breach of its obligations under the Act.

26.     Plaintiff is entitled to justifiably revoke acceptance of the Subject Vehicle under the Warranty Act.

27.     Under the Warranty Act, Plaintiff is entitled to reimbursement of all payments made towards the Subject Vehicle (less the amount directly attributable to Plaintiff's use of the Subject Vehicle prior to the discovery of the nonconformities).

28.     Plaintiff is entitled under the Warranty Act to recover as part of the judgment a sum equal to the aggregate amount of costs and expenses, including attorney's fees and costs reasonably incurred in connection with the commencement and prosecution of this action.

29.     Plaintiff is entitled, in addition to the other amounts recovered, to a civil penalty of up to two (2) times the amount of actual damages because HMA willfully failed to comply with their responsibilities under the Warranty Act.

## SECOND CAUSE OF ACTION
### (for Violation of the Magnuson-Moss Warranty Act Against HMA)

30.     Plaintiff repeats and incorporates Paragraphs 1 through 29 as set forth above, incorporates the same herein as though fully set forth.

COMPLAINT FOR DAMAGES

31.     This Court has jurisdiction to decide claims brought under 15 USC § 2301 et seq., by virtue of 15 USC § 2301(d)(1)(A).

32.     Plaintiff is a "consumer" as defined by 15 USC § 2301(3).

33.     Defendant is a "supplier" and "warrantor" as defined by 15 USC § 2301(4)(5).

34.     The Subject Vehicle is a "consumer product" as defined by 15 USC § 2301(6).

35.     15 USC § 2301(D)(1)(A), requires Defendant, as a warrantor and supplier, to honor the written warranties, service contract and implied warranties by remedying any defects, malfunctions or non-conformities of the Subject Vehicle within a reasonable time and without charge to Plaintiff, as defined in 15 USC § 2304(d).

36.     The actions of Defendant as hereinabove described and in failing to tender the Subject Vehicle to Plaintiff free of defects and refusing to repair or replace the defective vehicle tendered to Plaintiff, constitutes a breach of the written and implied warranties covering the Subject Vehicle and are in violation of the Magnuson-Moss Warranty Act.

37.     Despite repeated demands and despite the fact that the Plaintiff has complied with all reasonable terms and conditions imposed upon him by Defendant, Defendant has failed and refused to cure any defects and non-conformity with the Subject Vehicle.

38.     As a result of Defendant's breach of factory and implied warranty as set forth above, and Defendant's failure to honor their obligations under their warranties, Plaintiff has and will continue to suffer damages as enumerated above.

39.     Defendant has had a reasonable opportunity to remedy the defects in the Subject Vehicle but has failed to do so, thereby entitling Plaintiff to a refund of the purchase price pursuant to the Magnuson-Moss Warranty Act.

COMPLAINT FOR DAMAGES

40.     Pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2310(d)(2), Plaintiff is entitled to recover the purchase price, together with any and all incidental and consequential damages, including attorney's fees, costs and expenses of the suit, as provided by 15 USC § 2301 (D)(2) and equitable relief to which Plaintiff is entitled.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the judgment as follows:

1.     For general damages in an amount to be proven at trial;

2.     For rescission of the Purchase Agreement and restitution from HMA in the amount of $32,704.48.

3.     For a civil penalty of $65,408.96 to be paid by HMA under the Warranty Act;

4.     For prejudgment interest at the legal rate;

5.     For attorney's fees, costs of suit, and out-of-pocket expenses; and

6.     For such other and further relief as the court deems just and proper under the circumstances.

DATED: November 19, 2020

By: _Katy B Abram_____
     Kathryn B. Abrams, Esq. -Of Counsel
     Lemon Law Group Partners, PLC
     *Attorney for Plaintiff, Edwin Rockenbach*

## JURY TRIAL DEMANDED

Plaintiff demands a jury trial on all issues so triable in this action

COMPLAINT FOR DAMAGES

1  DATED: November 19, 2020

2

3                              By: *Katy B. Abrams*

4                                  Kathryn B. Abrams, Esq. -Of Counsel
                                   Lemon Law Group Partners, PLC
5                                  *Attorney for Plaintiff, Edwin Rockenbach*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                        COMPLAINT FOR DAMAGES

# EXHIBIT A

RETAIL INSTALLMENT SALE CONTRACT — SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

| | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| | | | | | Personal, family or household unless otherwise indicated below. ☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ _____ is |
|---|---|---|---|---|
| _____ % | $ _____ (e) | $ _____ (e) | $ _____ (e) | $ _____ (e) |

(e) means an estimate

### YOUR PAYMENT SCHEDULE WILL BE:

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | | |
| One Payment of | | |
| One Payment of | | |
| | $77.85 | Monthly beginning 03/20/18 |
| | | |
| One final payment | $77.85 | 05/20/__ |

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.

Prepayment. If you pay early, you may be charged a minimum finance charge.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information. See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1. Total Cash Price
   A. Cash Price of Motor Vehicle and Accessories .............. $ _____ (A)
      1. Cash Price Vehicle .............. $ _____
      2. Cash Price Accessories .............. $ _____
      3. Other (Nontaxable) .............. $ _____
         Describe _____ $ _____
         Describe _____ $ _____ (B)
   B. Document Processing Charge (not a governmental fee) .............. $ _____ (C)
   C. Emission Testing Charge (not a governmental fee) .............. $ _____
   G. Optional Theft Deterrent Device(s) .............. $ _____ (D1)
      (D2) _____ $ _____ (D2)
      (D3) _____ $ _____ (D3)
      (E1) _____ $ _____ (E1)
      (E2) _____ $ _____ (E2)
      (F) _____ $ _____ (F)
      (G) _____ $ _____ (G)

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

#### Vehicle Insurance

| | | Term | Premium |
|---|---|---|---|
| $ _____ Ded. Comp. Fire & Theft | | ___ Mos. | $ _____ |
| $ _____ Ded. Collision | | ___ Mos. | $ _____ |
| Bodily Injury | Limits | ___ Mos. | $ _____ |
| Property Damage $ _____ | Limits | ___ Mos. | $ _____ |
| Medical | | ___ Mos. | $ _____ |
| | | ___ Mos. | $ _____ |
| Total Vehicle Insurance Premiums | | | $ _____ |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____

Co-Buyer X _____

Seller X _____

**OPTIONAL DEBT CANCELLATION AGREEMENT.** A debt cancellation agreement is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy debt cancellation, the charge is shown in item 1K of the Itemization of Amount Financed. See your debt cancellation agreement for details on the terms and conditions it provides. It is a part of this contract.

Term _____ Mos _____ Debt Cancellation Agreement

I want to buy a debt cancellation agreement.

Buyer Signs X _____

**OPTIONAL SERVICE CONTRACT(S).** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1I.

| I1 Company _____ | | |
|---|---|---|
| Term _____ | Mos or _____ | Miles |
| I2 Company _____ | | |
| Term _____ | Mos or _____ | Miles |
| I3 Company _____ | | |
| Term _____ | Mos or _____ | Miles |
| I4 Company _____ | | |
| Term _____ | Mos or _____ | Miles |
| I5 Company _____ | | |
| Term _____ | | |
| Buyer X _____ | | |

[illegible]

$ ______ (H)

$ ______ (1)

$ ______ (2)

$ ______ (3)

$ ______ (4)

$ ______ (5)

$ ______ (I)

$ ______ (K)

$ ______ (L)

[illegible] Contract [illegible] Contract Agreement $ ______ (M)

$ ______ (N)

$ ______ (1)

Total Cash Price (A) [illegible]

2. Amounts Paid to Public Officials

A. [illegible] Fees $ ______ (A)

B. [illegible] Fees $ ______ (B)

C. [illegible] Fees $ ______ (C)

D. Other [illegible] $ ______ (D)

Total Official Fees (A) through (D) $ ______ (2)

3. Amount Paid to Insurance Companies $ ______ (3)

[illegible] $ ______ (4)

4. [illegible] State Emissions Certification Fee or [illegible] State Emissions Exemption Fee $ ______ (5)

5. [illegible]

6. Total Downpayment $ ______ (A)

[illegible] Vehicle 2 $ ______ (B)

[illegible] Vehicle 2 $ ______ (C)

[illegible] $ ______ (D)

$ ______ (E)

$ ______ (F)

$ ______ (G)

$ ______ (6)

$ ______ (7)

1. Vehicle 1

Year ______ Make ______

Model ______ Odometer ______

VIN ______

a. Agreed Value of Property $

b. Buyer/Co-Buyer [illegible] $

c. Agreed Value of Property Being Traded-In (a−b) $

d. Prior Credit or Lease Balance $ ______

e. Net Trade-In (c−d) (must be ≥ 0 for buyer/co-buyer to obtain equity) $ ______

2. Vehicle 2

Year ______ Make ______

Model ______ Odometer ______

VIN ______

a. Agreed Value of Property $

b. Buyer/Co-Buyer [illegible] Equity $ ______

c. Agreed Value of Property Being Traded-In (a−b) $ ______

d. Prior Credit or Lease Balance $ ______

e. Net Trade-In (c−d) (must be ≥ 0 for buyer/co-buyer to obtain equity) $ ______

Total Agreed Value of Property Being Traded-In (1c+2c) $ ______

Total Prior Credit or Lease Balance (1d+2d) $

Total Net Trade-In (1e+2e) $

[illegible]

OPTION: You pay no finance charge if the Amount Financed, [illegible] is paid in full on or before ______ Year

SELLER'S INITIALS ______

[illegible]

Buyer Signs X

Co-Buyer Signs X

[illegible]

Buyer Signature X

[illegible]

A. Total Agreed Value of Property Being Traded-in

Vehicle 1 $ ______ Vehicle 2 $ ______

B. Total Less Prior Credit or Lease Balance (e) $ ______ (B)

Vehicle 1 $ ______ Vehicle 2 $ ______

C. Total Net Trade-In (A-B) (indicate if negative number) $ ______ (C)

Vehicle 1 $ ______ Vehicle 2 $ ______

D. Deferred Downpayment Payable to Seller $ ______ (D)

E. Manufacturer's Rebate $ ______ (E)

F. Other ______ $ ______ (F)

G. Cash, Cash Equivalent, Check, Credit Card, or Debit Card $ ______ (G)

Total Downpayment (C through G) $ ______ (6)

(If negative, enter zero on line 6 and enter the amount less than zero as a positive number ...)

7. Amount Financed (5 less 6) $ ______ (7)

(*See item 6A-6C in the itemization of Amount Financed)

OPTION: ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before ______ Year ______

SELLER'S INITIALS ______

Agreement to Arbitrate: By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X ______

Co-Buyer Signs X ______

**Trade-in Payoff Agreement:** Seller relied on information from you ... to ascertain the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s). You understand that the amount ...

Seller agrees to pay the payoff amount shown as the Prior Credit or Lease Balance ... If the payoff amount is more than the amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s), you must pay the Seller the excess ... Except as stated in the "NOTICE" on the ...

Buyer Signature X ______ Co-Buyer Signature X ______

AUTO BROKER FEE DISCLOSURE

If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable:

HOW THIS CONTRACT CAN BE CHANGED. ... writing and both you and we must sign it ...

Buyer Signs X ______ Co-Buyer Signs X ______

SELLER'S RIGHT TO CANCEL ...

Buyer X ______ Co-Buyer X ______

Notice to buyer: (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.

Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the ... Department of Motor Vehicles, or any combination thereof.

After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X ______ Co-Buyer Signature X ______

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.***

THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION

California law does not provide for a "cooling off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. ... You may only cancel this contract with the agreement of the seller or for legal cause ... to offer a two-day contract cancellation option on used vehicles with a purchase price of less than ... certain statutory conditions. This contract cancellation option requirement does not apply to the sale of ... an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON THE REVERSE SIDE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X ______ Date ______ Co-Buyer Signature X ______ Date ______

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other Owner Signature X ______ Address ______

GUARANTY: To induce Seller to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor will pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: ... Buyer from the contract ... release any security ... 

Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default ...

Guarantor X ______ Date ______ Guarantor X ______ Date ______

Address ______ Address ______

Seller Signs ______ Date ______ By X ______ Title ______

# EXHIBIT B





# 2017
# Owner's Handbook &
# Warranty Information

# OWNER INFORMATION CHANGE CARD

If you have changed your address or if you are the second or subsequent owner of your Hyundai, please notify us immediately by completing and mailing this owner information change card to:

Hyundai Customer Care Center
Hyundai Motor America
PO Box 20850
Fountain Valley, CA 92728

Check one:

❏ Change of Ownership
❏ Change of Address

I no longer own this automobile as of __/__/_____

It was:

❏ Exported          ❏ Sold
❏ Destroyed       ❏ Stolen

## NEW OWNER INFORMATION

LAST NAME                    FIRST                    M.I.

MAIL ADDRESS: NUMBER                    STREET

CITY/TOWN                                        STATE

| Miss | Ms. | Mrs. | Mr. |
|------|-----|------|-----|
| CIRCLE | | | |

APT.

ZIP CODE

TELEPHONE NUMBER

| Home | Work | Cell |
|------|------|------|
| CIRCLE | | |

VEHICLE IDENTIFICATION: The VIN is located on the driver's side of the dash.

VEHICLE IDENTIFICATION NUMBER

ODOMETER READING

_____
SIGNATURE

1

2

## TABLE OF CONTENTS

OWNER INFORMATION CHANGE CARD ...................................................................................1

SECTION 1    OWNER INFORMATION ...............................................................................4

SECTION 2    HYUNDAI ROADSIDE ASSISTANCE PROGRAM ..................................6

SECTION 3    CONSUMER INFORMATION.........................................................................9

HYUNDAI WARRANTY INFORMATION.................................................................................12

HYUNDAI SUMMARY OF WARRANTY COVERAGE .........................................................13

* SECTION 4    HYUNDAI NEW VEHICLE LIMITED WARRANTY................................. 14

* SECTION 5    HYUNDAI HYBRID SYSTEM WARRANTY ...................................... 20

* SECTION 6    HYUNDAI POWERTRAIN LIMITED WARRANTY (ORIGINAL OWNER) ............ 22

* SECTION 7    HYUNDAI ANTI-PERFORATION LIMITED WARRANTY ..................... 24

* SECTION 8    FEDERAL EMISSION DEFECT WARRANTY ................................... 26

* SECTION 9    FEDERAL EMISSION PERFORMANCE WARRANTY............................ 28

             5 YEARS/60,000 MILES FEDERAL EMISSION WARRANTY PARTS......................... 30

* SECTION 10   CALIFORNIA EMISSION CONTROL SYSTEMS WARRANTY ..................... 35

             5 YEARS/60,000 MILES CALIFORNIA EMISSION WARRANTY PARTS.................... 38

* SECTION 11   REPLACEMENT PARTS AND ACCESSORIES LIMITED WARRANTY .............. 43

MAINTENANCE RECORD......................................................................................................46

**\* FOR ROADSIDE ASSISTANCE CALL 1-800-243-7766 (See page 6 for details)**

Hyundai USA ALL 17MY(Main)(161215).indd   3                                                        2016-12-15  오후 3:29:45

## SECTION 1                                                    OWNER INFORMATION

### HYUNDAI VEHICLE OWNER PRIVACY POLICY

Your Hyundai vehicle may be equipped with technologies and services that use information collected, generated, recorded or stored by the vehicle. Hyundai has created a Vehicle Owner Privacy Policy to explain how these technologies and services collect, use, and share this information.

You may read our Vehicle Owner Privacy Policy on the HyundaiUSA.com website at: https://www.hyundaiusa.com/owner-privacy-policy.aspx.  If you would like to receive a hard copy of our Vehicle Owner Privacy Policy, please contact our Customer Care Center at:
Hyundai Motor America/Phoenix Hyundai Customer Care Center
P.O. Box 83835
Phoenix, AZ 85071-3835
1-800-633-5151
consumeraffairs@hmausa.com

Hyundai's Customer Care Center representatives are available Monday through Friday, between the hours of 5:00 AM and 7:00 PM PST and Saturday and Sunday between 6:30 AM and 3:00 PM PST (English). For Customer Care Care assistance in Spanish or Korean, representatives are available Monday through Friday between 6:30 AM and 3:00 PM PST.

### GENERAL INFORMATION

This handbook describes the consumer information and warranties relating to your new Hyundai vehicle.

Please read this handbook carefully to familiarize yourself with the type of service which you are entitled to under each of the warranties applicable to your new Hyundai vehicle.

To familiarize yourself with your new Hyundai vehicle, we suggest you also review the maintenance requirements and operational features described in the Hyundai Owner's Manual.

4

## SECTION 1

OWNER INFORMATION

SECTION 1

### PRE-DELIVERY INSPECTION

To ensure your satisfaction and long term enjoyment of your new Hyundai vehicle, your selling dealership has inspected and conditioned your vehicle to Hyundai's recommended inspection and pre-delivery procedure standards.

### PERIODIC INSPECTION AND MAINTENANCE

Regular inspection and maintenance by skilled Hyundai technicians are the key to more efficient operation of the vehicle. This inspection and maintenance must be carried out in accordance with the recommendations given in the Hyundai Owner's Manual.

5

2016-12-15   오후 3:29:45

SECTION 2

## HYUNDAI ROADSIDE ASSISTANCE PROGRAM

The Hyundai Roadside Assistance Program reflects Hyundai's commitment to your complete satisfaction with the Hyundai ownership experience. It is available to you in all 50 states and Canada, 24 hours a day, 365 days a year.

## 60 MONTHS/UNLIMITED MILES COVERAGE

Roadside Assistance is provided on all new 2017 model Hyundai vehicles from the date the vehicle is delivered to the first retail buyer or otherwise put into use (in-service date), whichever is earlier, for a period of 60 months/unlimited miles.

## TO RECEIVE ASSISTANCE CALL 1-800-243-7766

A toll-free call to the Hyundai Roadside Assistance line will provide you with assistance for various Roadside Events. See "Coverage" section for details on program coverage. To receive Roadside Assistance, call the Hyundai Roadside Assistance Program phone number, and provide a representative with the following:

o  Your Name
o  Vehicle Identification Number (VIN) located on the driver's side dashboard
o  Vehicle Mileage
o  Vehicle Location
o  Description of your vehicle's problem

6

## SECTION 2                                    HYUNDAI ROADSIDE ASSISTANCE PROGRAM

### COVERAGE

The Hyundai Roadside Assistance Program provides you with the following services:

o National Hyundai Dealership Locator Service provides you with the location or phone number of Hyundai Dealerships or Authorized Service Facilities in the United States.
o Roadside Events are defined as either:
  1. Towing: Transport for your vehicle to the nearest Hyundai Dealership or Authorized Service Facility, in the unlikely event your vehicle is inoperable, or
  2. Roadside Services:
     – Dead Battery/Jump Start
     – Flat Tire Change
       (except vehicles that have been supplied with the Tire Mobility Kit instead of a spare tire)
     – Lock Out Service (keys locked in car)
     – Gas Delivery (up to three gallons, where permissible, at no charge when you run out)

o If your vehicle has been diagnosed by an authorized Hyundai dealership and if the reason for the disablement is a warrantable issue, please contact the Hyundai Customer Care Center toll free number at 1–800–633–5151 to request reimbursement.
o Examples of non-warranty related tows would include accidents or any other tow incident that is not the result of a defect in materials or workmanship.
o Trip Interruption Benefit: In the event a warrantable mechanical disablement occurs more than 150 miles away from home, and your vehicle is disabled overnight due to a repair in process, Hyundai Roadside Assistance will reimburse you for reasonable expenses for meals, lodging, or alternate transportation. Trip Interruption Benefit is limited to $100 per day, subject to a three-day maximum limit per incident.
o Incidental or Consequential Damages, including without limitation, Loss of Time, Inconvenience, Loss of Use of the vehicle, or Commercial Loss are not covered under this Program.

SECTION 2

7

## SECTION 2

# HYUNDAI ROADSIDE ASSISTANCE PROGRAM

SECTION 2

### EXCLUSIONS

Roadside Assistance is not available for off-road conditions, or conditions manifesting themselves off-road. To receive service, the vehicle must be accessible from a publicly maintained road.

Roadside Assistance is NOT A WARRANTY. For a description of the warranty covering your 2017 Hyundai, see the Hyundai New Vehicle Limited Warranty Section of this Owner's Handbook. Roadside Assistance is a limited service, provided to you to help minimize any unforeseen vehicle operation inconvenience.

The Hyundai Roadside Assistance Program does not include reimbursement for any costs/charges for repairs, parts, labor, property loss or any other expense incurred as a result of accident/collision, vehicle abuse, racing, vandalism or other items not covered by the Hyundai New Vehicle Limited Warranty. Also excluded are services for snow tires, repair to studs, mounting or demounting of snow chains, and any fines, fees or taxes associated with impound towing as a result of any actual or alleged violation of any law or regulation.

Hyundai Motor America (HMA) reserves the right to limit services or reimbursement to any owner or driver when, in Hyundai Motor America's judgment, the claims are excessive in frequency or type of occurrence.

8

## SECTION 3                                          CONSUMER INFORMATION

### HYUNDAI'S CONSUMER ASSISTANCE PROCESS

Hyundai is dedicated to achieving the highest level of consumer satisfaction with our product through quality design and workmanship and customer service. Your Hyundai dealership is in the best position to assist you with your sales, service or parts needs.

In the event you have a concern with your vehicle, being able to provide the information below will be helpful in seeking assistance:

- Name and address
- Vehicle model and model year
- Date of purchase
- Vehicle Identification Number
  (a 17-Digit number found on driver's side dashboard)
- Current mileage
- Selling and servicing dealership
- Service history of your vehicle
- Brief description of concern
- Day/evening telephone number
- What you are seeking

We recommend you use the following steps to resolve your vehicle's performance or servicing concerns:

1) First, speak to the Service Advisor at the dealership. This person is in the best position to respond to your concerns.
2) Should you require additional assistance, speak with the Service Manager or General Manager at the dealership.
3) After consulting with your dealership, if you feel additional clarification or help is needed, write or call our Customer Care Center:

HYUNDAI MOTOR AMERICA
Hyundai Customer Care Center
PO Box 20850
Fountain Valley, CA 92728
**1-800-633-5151**
Consumeraffairs@hmausa.com

Hyundai's Customer Care Center representatives are available Monday through Friday, between the hours of 5:00 AM and 7:00 PM PST and Saturday and Sunday between 6:30 AM and 3:00 PM PST (English). For Customer Care Center assistance in Spanish or Korean, representatives are available Monday through Friday between 6:30 AM and 3:00 PM PST. They are prepared to answer any questions regarding your Hyundai, and may also provide assistance in getting your concern resolved through the dealership.

9

## SECTION 3                                    CONSUMER INFORMATION

### ALTERNATIVE DISPUTE RESOLUTION

Hyundai Motor America's internal consumer assistance process will make every effort to resolve every customer concern in a satisfactory manner. We realize, however, that mutual agreement on some issues may not be possible. To ensure that you have had an opportunity to have your concern fully reviewed, Hyundai Motor America provides an Alternative Dispute Resolution (arbitration) program. Hyundai offers the program through:

> BBB AUTO LINE
> Alternative Dispute Resolution Division
> Council of Better Business Bureaus, Inc.
> 3033 Wilson Boulevard, Suite 600
> Arlington, Virginia 22201
> 1-800-955-5100

This service is provided at no cost to you and is part of Hyundai's effort to provide you with an impartial third-party organization to equitably resolve your concerns.

AUTO LINE will perform arbitration services on disputes involving Hyundai vehicles with an alleged nonconformity, defect, or deficient warranty performance, as may be required by state or federal law.

NOTE: If your state law requires written notification to the manufacturer please write:

> HYUNDAI MOTOR AMERICA
> Hyundai Customer Care Center
> PO Box 20850
> Fountain Valley, CA 92728
> Consumeraffairs@hmausa.com

To begin the Alternative Dispute Resolution (arbitration) process, simply call the Council of Better Business Bureaus at 1-800-955-5100 and you will be sent a Customer Claim Form, along with a handbook describing how BBB AUTO LINE works. Time and mileage limitations may apply. Please refer to the Owner's Handbook Supplement for additional information regarding eligibility requirements in your state.

IMPORTANT: You must use BBB AUTO LINE prior to seeking remedies through a court action pursuant to the Magnuson-Moss Warranty Act ("the Act"), except in Georgia, although that option is still available to you. However, if you choose to seek remedies that are not created by the Act, you are not required to use BBB AUTO LINE, although that option is still available to you. You must also use BBB AUTO LINE if you are seeking remedies under the "Lemon Laws" of your state if your state statute requires you to do so.

## SECTION 3                                    CONSUMER INFORMATION

A decision should be rendered within 40 days of AUTO LINE's receipt of your properly completed Customer Claim Form. BBB will send you a copy of the arbitrator's decision and if you accept the decision, all parties must comply with the decision within the time limits (performance date) set by the arbitrator.

Approximately two weeks after the "performance date", BBB shall contact the consumer to verify that the arbitrators' decision has been completed.

AUTO LINE's decisions do not include attorney's fees, civil penalties, punitive damages, multiple damages or consequential damages other than incidental damages which you may be entitled to under law.

If you reject the decision of the arbitrator you may pursue other legal remedies under state or federal law; the company will not be obligated to perform any part of the decision. Depending on federal or state law, the decision may or may not be introduced as evidence by the consumer or the company in any civil court action relating to any matter that has been resolved in your arbitration hearing and BBB involvement in the case will end as well.

**Important: Please refer to the first page of the Hyundai New Vehicle Limited Warranty section of this Owner's handbook for more important information regarding alternative dispute resolution and other legal remedies available to you.**

SECTION 3

11

# *Hyundai Warranty Information*

12

# HYUNDAI SUMMARY OF WARRANTY COVERAGE

| | YEARS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| New Vehicle | 5 years/60,000 miles | | | | | | | | | |
| · Adjustments | 1 year/12,000 miles | | | | | | | | | |
| · Air Conditioner Refrigerant Charge | 1 year/UNLIMITED MILEAGE | | | | | | | | | |
| · Paint | 3 years/36,000 miles | | | | | | | | | |
| · Radio, CD/DVD Player, Navigation System, Bluetooth | 5 years/60,000 miles | | | | | | | | | |
| · 12V Battery | 3 years/36,000 miles | | | | | | | | | |
| Hybrid Battery, Plug-in Hybrid Battery, and Electric Vehicle Battery ① | 10 years/100,000 miles | | | | | Lifetime (ORIGINAL OWNER) | | | | |
| Hybrid System and Plug-in Hybrid System | 10 years/100,000 miles | | | | | | | | | |
| Powertrain ② | 5 years/60,000 miles | | | | | 10 years/100,000 miles (ORIGINAL OWNER) | | | | |
| Anti – Perforation | 7 years/UNLIMITED MILEAGE | | | | | | | | | |
| Emissions – Federal | 5 years/60,000 miles (or up to first required scheduled maintenance, whichever occurs first) | | | | | | | | | |
| Emissions – Federal Specific Components ③ | 8 years/80,000 miles | | | | | | | | | |
| Emissions – California | 5 years/60,000 miles (or up to first required scheduled maintenance, whichever occurs first) | | | | | | | | | |
| Emissions – California Specific Components ④ | 8 years/80,000 miles OR 7 years/70,000 miles | | | | | | | | | |
| Replacement Parts | 1 year/12,000 miles | | | | | | | | | |
| Accessories (installed by Authorized Hyundai Dealership) ⑤ | 5 years/60,000 miles | | | | | | | | | |
| Accessories (sold over the counter) | 1 year/UNLIMITED MILEAGE | | | | | | | | | |

① Hyundai Lifetime Hybrid Battery, Plug-in Hybrid Battery, and Electric Vehicle Battery Warranty – Original Owner (applies to Hybrid Battery, Plug-in Hybrid Battery, and Electric Vehicle Battery only). The original owner is defined as the first retail purchaser of the vehicle who took delivery of the vehicle on its date of first use. The warranty for the Hybrid Battery, Plug-in Hybrid Battery, and Electric Vehicle Battery will remain in effect throughout the ownership period for the original owner.
② Original Owner 10 Years/100,000 Miles, Subsequent Owner(s) 5 Years/60,000 Miles
③ Specific components, see "Federal Emission Warranty Parts," NOTE1, page 30
④ Specific components, see "California Emission Warranty Parts," NOTE1 and NOTE3, page 38
⑤ A Hyundai Genuine accessory installed by an Authorized Hyundai dealership on a new vehicle at the time of, prior to, or after the vehicle's date of delivery to the original retail purchaser, or the date the vehicle is first put into service, is covered up to 5 years from the date of original retail delivery or date of first use, or 60,000 miles, whichever occurs first.

13

SECTION 4            HYUNDAI NEW VEHICLE LIMITED WARRANTY

## WARRANTOR

Hyundai Motor America (HMA) warrants your new 2017 Hyundai vehicle pursuant to the limited warranties described in this Owner's Handbook.

## LIMITATIONS

Any implied warranty of merchantability or fitness for a particular purpose is limited to the duration of these written warranties, except where the duration of implied warranties is limited by state law in which case the state law duration limit shall apply. Some states do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

These stated warranties give you specific legal rights. You may have other rights, which vary from state to state depending upon applicable state law.

INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

## ALTERNATIVE DISPUTE RESOLUTION

If a dispute arises regarding your warranty coverage, please follow the steps described under the "Consumer Information" section of this handbook. To ensure that you have had an opportunity to have your concern fully reviewed, Hyundai provides an Alternative Dispute Resolution (arbitration) program that is offered through:

BBB AUTO LINE
Alternative Dispute Resolution Division
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard, Suite 600
Arlington, VA 22201
1-800-955-5100

Important: You must use BBB AUTO LINE prior to seeking remedies through a court action pursuant to the Magnuson-Moss Warranty Act ("the Act"), except in Georgia, although that option is still available to you. However, if you choose to seek remedies that are not created by the Act, you are not required to use BBB AUTO LINE, although that option is still available to you. You must also use BBB AUTO LINE if you are seeking remedies under the "Lemon Laws" of your state if your state statute requires you to do so. Please consult the "Consumer Information" section of this handbook and the Owner's Handbook Supplement for more information about the BBB AUTO LINE program. Time and mileage limitations may apply. Please refer to the Owner's Handbook Supplement for additional information regarding eligibility requirements in your state.

14

## SECTION 4

## HYUNDAI NEW VEHICLE LIMITED WARRANTY

### WARRANTY TRANSFERABILITY

The New Vehicle Limited, Anti-Perforation Limited, Federal Emission Performance, Federal Emission Design and Defect, California Emission Control Systems, and Replacement Parts and Accessories Limited warranty coverage described in this handbook apply to the vehicle regardless of a change in ownership, and are transferable to subsequent owners.

The 10 years/100,000 miles Powertrain Limited Warranty is not transferable and applies only to the original owner, as defined under "Original Owner" included in the Powertrain Limited Warranty (Original Owner) section of this Owner's Handbook.

### WARRANTY JURISDICTION

These warranties apply to vehicles manufactured to United States' specifications which are distributed by Hyundai Motor America and registered and normally operated in the 50 United States and Washington, D.C. Vehicles manufactured to other than United States' specifications, distributed by other than HMA, and registered and normally operated outside the 50 United States and Washington, D.C., are entitled to warranty service on the basis of the warranty applicable to such other distributing country.

### JUDGMENT OF ALL WARRANTY MATTERS

Hyundai Motor America reserves the right to furnish the final decisions in all warranty matters.

SECTION 4

15

## SECTION 4

## WHAT IS COVERED

Repair or replacement of any component originally manufactured or installed by Hyundai Motor Company, Hyundai Motor Group, Hyundai Motor Manufacturing Alabama (HMMA), Kia Motors Manufacturing Georgia (KMMG) or Hyundai Motor America (HMA) that is found to be defective in material or workmanship under normal use and maintenance, except any item specifically referred to in the section "What is Not Covered." Towing expense to the nearest Hyundai Dealership or Authorized Service Facility is covered when the vehicle is inoperable due to a warrantable defect. Repairs will be made using new Hyundai Genuine Parts or Hyundai authorized remanufactured parts.

## WARRANTY PERIOD

The warranty period is limited to 5 years from the date of original retail delivery or date of first use, or 60,000 miles, whichever occurs first.

## BATTERY ✳

An original equipment battery found to be defective in material or workmanship will be covered for the first 3 years from the date of original retail delivery or date of first use, or 36,000 miles, whichever occurs first.

✳   The battery specified in the paragraph above refers to the standard 12 Volt battery and not the Hybrid Battery, Plug-in Hybrid Battery nor the Electric Vehicle Battery which is covered under separate warranty requirements.

## ADJUSTMENTS

Most service adjustments required as a result of a manufacturing deficiency are covered for the first year or 12,000 miles, whichever occurs first. Thereafter, all adjustments will be considered owner maintenance responsibility.

## SECTION 4

# HYUNDAI NEW VEHICLE LIMITED WARRANTY

## AIR CONDITIONER REFRIGERANT CHARGE

Air conditioner refrigerant charge is covered for the first year from the date of original retail delivery or date of first use with no mileage limitation, unless the refrigerant charge is done as part of a warrantable repair.

## RADIO AND SOUND SYSTEMS

An equipment radio, CD player, DVD player, Bluetooth, and Navigation System are covered for the first 5 years from the date of original retail delivery or date of first use, or 60,000 miles, whichever occurs first.

## PAINT

Paint repairs are covered for the first 3 years from the date of original retail delivery or date of first use or 36,000 miles, whichever occurs first.

Some minor cosmetic imperfections that are visible at delivery are covered for 1 year from the date of original retail delivery or date of first use, or 12,000 miles, whichever occurs first.

## OWNER'S RESPONSIBILITIES

* Proper use, maintenance and care of your vehicle in accordance with the instructions contained in this handbook and in the Hyundai Owner's Manual.

* Retain maintenance service records. It may be necessary for you to show that the required maintenance has been performed, as specified in the Hyundai Owner's Manual.
* Deliver the vehicle during regular service business hours to any authorized Hyundai Dealership to obtain warranty service.
* Check for trim, paint or other appearance concerns at the time the new vehicle is delivered.

## WHAT IS NOT COVERED

* Normal maintenance services such as: cleaning & polishing, minor adjustments, lubrication, oil/fluid changes, filters, anti-freeze coolant replenishment, wheel alignment and tire rotation, unless such services are performed as part of a covered warrantable repair.
* Normal maintenance items (#) are warranted in normal service, only when the replacement is the result of a defect in material or factory workmanship, for 12 months from the date of original retail delivery or date of first use, or 12,000 miles, whichever occurs first, or up to the first scheduled maintenance replacement interval (# – such as belts, brake pads and linings, clutch linings, filters, wiper blades and all bulbs, except halogen bulbs which are covered up to 3 years from the date of original retail delivery or date of first use, or 36,000 miles, whichever occurs first).

SECTION 4

17

## SECTION 4

<div style="writing-mode: vertical-lr">SECTION 4</div>

* Normal deterioration or wear of any part.
  - Spark plugs
  - Worn brake pads/linings
  - Worn clutch linings
  - Filters
  - Worn wiper blades
  - Bulbs and fuses (except halogen bulbs which are covered up to 3 years from the date of original retail delivery or date of first use, or 36,000 miles, whichever occurs first)
  - Other wear and consumable items
* Any vehicle where the odometer mileage has been altered.
* Any vehicle that has been scrapped and a certificate of salvage has been issued for the vehicle.
* Damage or failure resulting from:
  - Negligence of proper maintenance as required in the Hyundai Owner's Manual.
  - Misuse, abuse, accident, theft, water/flooding or fire.
  - Use of improper or insufficient fuel, fluids or lubricants.
  - Use of parts other than Hyundai Genuine Parts, or parts of non-equivalent quality and design.
  - Any device and/or accessories not supplied by Hyundai.
  - Modifications, alterations, tampering or improper repair.
  - Parts or accessories used in applications for which they were not designed or not approved by HMA.

## HYUNDAI NEW VEHICLE LIMITED WARRANTY

  - Slight irregularities not recognized as affecting quality or function of the vehicle or parts, such as slight noise or vibration, or items considered characteristic of the vehicle.
  - Tires (See separate tire manufacturer's warranty).
  - Airborne "fallout", industrial fall-out, acid rain, salt, hail and wind storms, or other Acts of God.
  - Paint scratches, dents, or similar paint or body damage.
  - Action of road elements (sand, gravel, dust or road debris) which result in stone chipping of paint and glass.
  - Damage by rodents or any other damage not resulting from defects in material or workmanship.
* INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

## OBTAINING WARRANTY SERVICE

Warranty service will be provided by an authorized Hyundai dealership without charge for parts or labor. This warranty will not apply to warranty service performed by those other than an authorized Hyundai dealership.

18

## SECTION 4                                   HYUNDAI NEW VEHICLE LIMITED WARRANTY

### TIRE INFORMATION

Tires originally equipped on Hyundai vehicles are warranted directly by the tire manufacturer.

In the event that you need assistance in locating an authorized tire dealership, please contact your authorized Hyundai dealership, or Hyundai Customer Care Center.

SECTION 4

19

## HYUNDAI HYBRID SYSTEM WARRANTY

## WHAT IS COVERED

Repair or replacement of HYBRID SYSTEM components listed below, originally manufactured or installed by Hyundai Motor Company, Hyundai Motor Group, Hyundai Motor Manufacturing Alabama (HMMA), Kia Motors Manufacturing Georgia (KMMG) or Hyundai Motor America (HMA) that are found to be defective in material or factory workmanship under normal use and maintenance, except any item specifically referred to in the section "What is Not Covered." Towing expense to the nearest Hyundai Dealership or authorized service location is covered when the vehicle is inoperable due to a warrantable defect within 10 years from the date of original retail delivery or date of first use, or 100,000 miles, whichever occurs first. "Owner's Responsibilities" and "Obtaining Warranty Service" are the same as specified under the Hyundai New Vehicle Limited Warranty. Repairs will be made using new Hyundai Genuine Parts or Hyundai authorized remanufactured parts.

## WARRANTY PERIOD

The Warranty period for the following HYBRID SYSTEM components is limited to 10 years from the date of original retail delivery or date of first use, or 100,000 miles, whichever occurs first.

*HYUNDAI LIFETIME HYBRID BATTERY WARRANTY – Original Owner Only. The Original Owner is defined as the first retail purchaser of the vehicle who took delivery of the vehicle on its date of first use. The warranty for the Hybrid Battery will remain in effect throughout the ownership period for the original owner.

20

For subsequent owners, the Hybrid Battery, Plug-in Hybrid Battery, and Electric Vehicle Battery is warranted for 10 years from the date of original retail delivery or date of first use, or 100,000 miles, whichever occurs first.

Note:  For California Emissions Vehicles certified as a partial zero-emission vehicles, (PZEV) (excluding Delaware, Pennsylvania and Washington), the Plug-in Hybrid Battery is covered for 10 years from the date of original  retail delivery or date of first use, or 150,000 miles, whichever occurs first.

## HYBRID SYSTEM

Hybrid Battery*, along with the following Hybrid-Specific components that are directly attached to or integral to operation of the Hybrid Battery; Hybrid Battery Wire Harness; Battery Management System and Wire Harness; Blower Assembly; Electronic Air Compressor; Active Air Flap Active Hydraulic Booster; EV Fuse; Service Disconnect Plug; Power Relay Assembly; Hybrid Starter & Generator; Auto Transmission & Traction Motor including housing case; clutch and all internal parts; Hybrid Power Control Unit; Electronic Oil Pump Assembly; Electronic Water Pump with In and Out Hose Module.

## OWNER'S RESPONSIBILITIES

Your responsibilities are the same as those described in Hyundai New Vehicle Limited Warranty.

## SECTION 5                                    HYUNDAI HYBRID SYSTEM WARRANTY

# WHAT IS NOT COVERED

Items not covered by this warranty and any exclusion or limitations relating to this warranty are the same as those set forth in the "What is Not Covered" section of the Hyundai New Vehicle Limited Warranty already described in this handbook.

INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

**SECTION 5**

21

## SECTION 6                    HYUNDAI POWERTRAIN LIMITED WARRANTY (ORIGINAL OWNER)

SECTION 6

### WHAT IS COVERED

Repair or replacement of powertrain components listed below, originally manufactured or installed by Hyundai Motor Company, Hyundai Motor Group, Hyundai Motor Manufacturing Alabama (HMMA), Kia Motors Manufacturing Georgia (KMMG) or Hyundai Motor America (HMA) that are found to be defective in material or factory workmanship under normal use and maintenance, except any item specifically referred to in the section "What is Not Covered." Towing expense to the nearest Hyundai dealership or authorized service location is covered when the vehicle is inoperable due to a warrantable defect within 5 years from the date of original retail delivery or date of first use, or 60,000 miles, whichever occurs first. "Owner's Responsibilities" and "Obtaining Warranty Service" are the same as specified under the Hyundai New Vehicle Limited Warranty. Repairs will be made using new Hyundai Genuine Parts or Hyundai authorized remanufactured parts.

### WARRANTY PERIOD

For original owners only, this Powertrain Limited Warranty will begin upon expiration of the 5 years/60,000 miles New Vehicle Limited Warranty, and will continue to cover the Engine and Transmission/Transaxle powertrain components listed on the following page up to 10 years from the date of original delivery or the date of first use, or 100,000 miles, whichever occurs first. The Powertrain Limited Warranty is not transferable to any subsequent owner. For subsequent owners, powertrain components are covered under the New Vehicle Limited Warranty for 5 years/60,000 miles, whichever occurs first.

The Powertrain Limited Warranty excludes coverage for vehicles placed in commercial use (e.g. taxi, route delivery, rental, etc.).

22

## SECTION 6                    HYUNDAI POWERTRAIN LIMITED WARRANTY (ORIGINAL OWNER)

### ENGINE

Cylinder block/head and all internal parts, manifolds, timing gears, timing chain, timing cover, gaskets and seals, oil pump, water pump, fly-wheel, oil pan assembly, rocker cover and engine mounts, and turbocharger.

### TRANSMISSION/TRANSAXLE

Case and all internal parts, axle shafts (front/rear), constant velocity joints, front/rear hub bearings, propeller shafts, seals and gaskets, torque converter and converter housing and clutch cover and housing, transfer case, and rear differential for Hyundai vehicles.

※ Auto Transmission of HEV vehicle is covered under HYBRID SYSTEM WARRANTY.
  See the detailed information in the Hybrid Warranty Section on page 20.

### WHAT IS NOT COVERED

Items not covered by this warranty and any exclusion or limitations relating to this warranty are the same as those set forth in the "What is Not Covered" section of the Hyundai New Vehicle Limited Warranty already described in this handbook.

INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

### ORIGINAL OWNER

Original Owner is defined as the first retail purchaser of the vehicle who took delivery of the vehicle on its date of first use. If the vehicle was first placed in service as a lease vehicle, and the lessee purchases the vehicle at the end of the lease, the 10 years/100,000 miles Powertrain Limited Warranty remains in effect.

If the vehicle was first placed in service as a Hyundai Motor America (HMA) Manager Demonstrator Vehicle, or Hyundai Service Loan Car, the original (first) retail purchaser of the vehicle is considered the original owner, and the 10 years/100,000 miles Powertrain Limited Warranty remains in effect. This warranty is not transferable to any subsequent owner. Subsequent owners have powertrain components covered under the 5 years/60,000 miles Hyundai New Vehicle Limited Warranty. The 10 years/100,000 miles Powertrain Limited Warranty also excludes coverage for vehicles placed in commercial use (e.g. taxi, route delivery, rental, etc.).

## SECTION 7       HYUNDAI ANTI-PERFORATION LIMITED WARRANTY

### WHAT IS COVERED

Any Hyundai vehicle body sheet metal found, under normal use, to have developed a perforation (rust hole through the body panel) from corrosion due to defects in material or factory workmanship.

### WARRANTY PERIOD

7 years/unlimited mileage from the date of original retail delivery or date of first use.

### OWNER'S RESPONSIBILITIES

Your responsibilities are the same as those described in the Hyundai New Vehicle Limited Warranty with the exception of one additional requirement:

* Retain any body repair records. It may be necessary for you to show that the required anti-corrosion material has been applied to any previously replaced or repaired body components.
* Exhaust system components.
* Corrosion of any part of the vehicle other than body panels.
* Corrosion of body panels that have been previously repaired or refinished from the original factory finish after the date of retail sale, except for body panels repaired under this Anti-Perforation Limited Warranty.
* INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

## SECTION 7            HYUNDAI ANTI-PERFORATION LIMITED WARRANTY

* Corrosion of any body panel replaced after the date of retail sale, except panels replaced under this Anti-Perforation Limited Warranty.
* Corrosion other than perforation. Cosmetic or surface corrosion due to defects in material or factory workmanship is covered under Paint Coverage for 36 months or 36,000 miles, whichever occurs first.
* Corrosion of the exterior surface of the underbody panels such as floor pan.
* Corrosion resulting from: misuse, accident or fire, stone chipping, airborne "fallout", industrial and/or chemical fallout, acid rain, tree sap, hail, wind storm, flood, or other Acts of God.
* Corrosion caused by lack of proper maintenance, misuse, or abuse.
* Matching of paint. Painting of the entire vehicle for matching of paint is not covered. Painting of the replaced or repaired panel to match the vehicle's original finish is to be decided by HMA on a case by case basis.
* The duration of any implied warranties, including those of MERCHANTABILITY and FITNESS FOR A PARTICULAR PURPOSE, regarding perforation defects are limited to the duration of this limited warranty.

Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the limitations or exclusions set forth regarding this limited warranty may not apply to you.

SECTION 7

25

## FEDERAL EMISSION CONTROL WARRANTY STATEMENT

In accordance with the Federal Clean Air Act, as amended, Hyundai Motor America (HMA) warrants to the original and each subsequent owner of each new 2017 Hyundai vehicle that the vehicle: (1) was designed, built and equipped to conform at the time of sale to applicable federal regulations and (2) is free from defects in material and workmanship at the time of sale which would cause the vehicle to fail to conform with such regulations for a period of 5 years from the date of original retail delivery or date of first use or 60,000 miles, whichever occurs first, or up to first required scheduled maintenance, whichever occurs first. Additionally, certain major emissions control components listed under the following "8 Years/80,000 Miles Federal Emission Warranty Parts List" will be covered for a period of 8 years from the date of original retail delivery or date of first use, or 80,000 miles, whichever occurs first. Any part of this vehicle covered under this warranty which proves to be defective will be repaired or replaced by an authorized Hyundai dealership using new or remanufactured Hyundai Genuine Parts. This warranty coverage applies to the vehicle regardless of a change in ownership and is transferable to subsequent owners. Failures, other than those resulting from defects in material or workmanship, which arise solely as a result of owner abuse and/or lack of proper maintenance, are not covered by the warranty.

26

INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

## WARRANTY JURISDICTION

This warranty applies to vehicles manufactured to either Federal specifications or California specifications which are distributed by Hyundai Motor America and registered and normally operated in the 50 United States and Washington, D.C., the commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa, and includes the commonwealth of the Northern Mariana Islands.

INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

## WHAT IS COVERED

The primary components covered are listed on the following "5 Years/60,000 Miles Federal Emission Warranty Parts List" and "8 Years/80,000 Miles Federal Emission Warranty Parts List."

## SECTION 8                    FEDERAL EMISSION DEFECT WARRANTY

Some items require scheduled replacement as part of the scheduled maintenance of the vehicles. Replacement of these items is warranted in normal service up to the first replacement interval or up to the limits of the applicable emission warranty coverage period, whichever occurs first (Refer to the Hyundai Owner's Manual and its Scheduled Maintenance Section).

SECTION 8

27

## SECTION 9

## FEDERAL EMISSION PERFORMANCE WARRANTY

### WARRANTY JURISDICTION

This warranty applies to vehicles manufactured to either Federal specifications or California specifications which are distributed by Hyundai Motor America and registered and normally operated in the 50 United States and Washington, D.C., the commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa, and includes the commonwealth of the Northern Mariana Islands.

INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

### WHAT IS COVERED

Some states and local jurisdictions have established periodic vehicle inspection and maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an I/M program in your area has U.S. Environmental Protection Agency (EPA) approval, you may be eligible for HMA's performance warranty coverage under the following conditions:

1. The vehicle has been maintained and operated in accordance with the scheduled maintenance instructions described in the Hyundai Owner's Manual provided with your vehicle.

2. The vehicle fails to conform during the warranty period to the applicable emission standards as determined by an emissions test approved by the Environmental Protection Agency (EPA).

3. The failure to conform results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, such as denial of the right to operate or use the vehicle or a fine under local, state or federal law.

If all of the above conditions are met, HMA warrants that any authorized Hyundai dealership will replace, repair or adjust to Hyundai's specifications, at "NO CHARGE", any of the components listed on the following Federal Emission Warranty Parts chart, which may be necessary to cause your vehicle to conform to the applicable federal emission standards.

## SECTION 9             FEDERAL EMISSION PERFORMANCE WARRANTY

### WARRANTY PERIOD

This warranty is effective for 5 years from the date of original retail delivery or if the vehicle is first placed in service as a "demonstrator" or "Company" car prior to delivery, on the date it is first placed in service, or 60,000 miles, whichever occurs first, or up to the first required scheduled maintenance, whichever occurs first. Additionally, certain major emission control components listed under the following "8 Years/80,000 Miles Federal Emission Warranty Parts List" will be covered for a period of 8 years from the date of original retail delivery or date of first use, or 80,000 miles, whichever occurs first. This warranty coverage applies to the vehicle regardless of a change in ownership and is transferable to subsequent owners.

Note:

Federal Emission Warranty

The Federal government requires minimum emission warranty coverage for the first 2 years or 24,000 miles of vehicle use, with coverage for the first 8 years or 80,000 miles for catalytic converters, the electronic engine control module, and the onboard emissions diagnostic device.

Hyundai provides greater warranty coverage of 5 years or 60,000 miles for all emission related components and provides 8 years or 80,000 miles coverage on the specific components noted.

### EMISSION WARRANTY PARTS LIST

Some items require scheduled replacement and are warranted up to the first replacement interval or up to the limits of the applicable emission warranty coverage period, whichever occurs first (Refer to the Scheduled Maintenance section in the Hyundai Owner's Manual). The following is a listing of Emission Parts covered under the emission warranties. For more details about the specific parts that are covered by the Federal Emission Defect Warranty, contact your dealership. If failure of one of the following components results in failure of any other vehicle part, both parts will be covered by the Federal Emission Performance Warranty.

– 8 YEARS/80,000 MILES FEDERAL EMISSION DESIGN AND DEFECT WARRANTY PARTS LIST

If the vehicle has been in use more than 60 months from the date of original delivery or date of first use, or 60,000 miles but less than 8 years from the date of original delivery or date of first use, or 80,000 miles, whichever occurs first, the following major emissions control components will be covered up to 8 years from the date of original delivery or date of first use, or 80,000 miles, whichever occurs first.

    Catalytic Converter
    Engine Control Module (includes Onboard Emission Diagnostic Device)

SECTION 9

29

# SECTION 9

## FEDERAL EMISSION PERFORMANCE WARRANTY

**Air Induction System**
- Air Cleaner Assembly
- Intake Manifold
- Surge Tank
- Turbocharger Assembly
- Intercooler Assembly
- Exhaust Gas Recirculation
- EGR Cooler

**Fuel Metering System**
- Coolant Temperature Sensor
- Air Flow Sensor
- Manifold Absolute Pressure Sensor
- Speed Sensor
- Fuel Injectors
- Fuel Delivery Line
- Fuel Pump
- High Pressure Pump (GDI)
- Pressure Sensor
- Throttle Body
- Throttle Position Sensor
- Idle Speed Control System
- Oxygen Sensor
- Engine Control Module  *8/80: All vehicles
- Knock Sensor

**Ignition System**
- Spark Plugs and Ignition Wires
- Ignition Coil
- Camshaft Position Sensor
- Crankshaft Position Sensor

**Valve Timing System**
- Oil Control Valve Assy
- Oil Temperature Sensor

**Evaporative Control System**

**Vapor Storage Canister**
- Canister Close Valve
- Canister Purge Control Valve
- Fuel Tank
- Fuel Tank Pressure Sensor
- Fuel Filler Cap
- Vapor Liquid Separator
- ORVR (Vent) Valve
- Rollover (Cut) Valve

**Positive Crankcase Ventilation System**
- PCV Valve and Hose

**Catalyst and Exhaust System**
- Exhaust Manifold Catalytic Assembly  *8/80: All vehicles
- Exhaust Manifold
- Exhaust Pipe (from manifold to catalyst)
- Catalytic Converter Assembly  *8/80: All vehicles

**Charging System**
- Alternator
- Battery Sensor
- OAD

**Hybrid System**
- Hybrid Battery Pack Assy  *10/100 (The Hybrid Battery Pack Assy is warranted for Lifetime for the Original Owner only, Subsequent Owner is 10/100)
- Battery Management system  *10/100 Original Owner & Subsequent Owner
- Hybrid Power Control Unit  *10/100 Original Owner & Subsequent Owner

**Miscellaneous Items Used In Above Systems**
- Hoses, clamps, gasket or seals
- Wires, harnesses, connectors
- All sensors (switches, solenoids, valves) associated with the ECM

**Onboard Emissions Diagnostic Device (Included in Engine Control Module)**  *8/80: All Vehicles
- Malfunction Indicator Light and Bulb
- Data Link Connector

*Spark plugs shall be warranted for the emissions warranty period, or the first scheduled replacement time or mileage, whichever occurs first.*

NOTE 1 : Parts designated by "8/80" are warranted for 8 years or 80,000 miles, whichever occurs first, under the Federal Emission Warranty.
NOTE 2 : Specific emission parts covered up to 5 years or 60,000 miles, whichever occurs first, or up to the first required scheduled maintenance, whichever occurs first (See Hyundai Owner's Manual for required scheduled maintenance).
NOTE 3 : Specific Hybrid System Parts designated by "10/100" are warranted for 10 years or 100,000 miles, whichever occurs first. See the detailed information in the Hybrid Warranty Section on Page 20.

30

## SECTION 9

## FEDERAL EMISSION PERFORMANCE WARRANTY

### WHAT IS NOT COVERED BY THESE EMISSION WARRANTIES

THE FEDERAL EMISSION DEFECT WARRANTY AND THE FEDERAL EMISSION PERFORMANCE WARRANTY SHALL NOT APPLY TO:

- Normal maintenance service (such as filters).
- Malfunctions in any part directly caused by misuse, modification, improper adjustment, alteration, tampering, disconnection, improper or inadequate maintenance, or use of leaded gasoline or contaminated fuel.
- Damage resulting from an accident or an Act of God.
- Any vehicle on which the odometer reading has been altered so that mileage cannot be readily determined.
- Failures that are a direct result of a lack of performance of required emission control maintenance as outlined in the Hyundai Owner's Manual.
- Parts or accessories used in applications for which they were not designed or not approved by HMA.
- Parts not supplied by HMA or damage to other parts caused directly by using non-Hyundai parts, non-EPA certified replacement parts in the maintenance or repair of the vehicle which ultimately prove to be defective in material or workmanship, or not equivalent from an emission control standpoint to the original equipment part.

- INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

The duration of any implied warranties, including those of MERCHANTABILITY and FITNESS FOR A PARTICULAR PURPOSE regarding emission systems defects are limited to the duration of these emission system warranties. Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the limitations or exclusions set forth regarding these warranties may not apply to you.

### OWNER'S RESPONSIBILITY

It is the owner's obligation to properly maintain and use the vehicle in accordance with Hyundai's written instructions in the Hyundai Owner's Manual. Failures caused by inadequate or improper maintenance are not covered by the warranty. To help resolve questions as to whether the proper vehicle maintenance has been performed, HMA urges that the owner retain all maintenance service records and receipts indicating that service has been performed on the vehicle.

## SECTION 9                    FEDERAL EMISSION PERFORMANCE WARRANTY

### REPLACEMENT PARTS

It is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new or remanufactured Hyundai Genuine Parts.

THE WARRANTY OBLIGATIONS ARE NOT DEPENDENT UPON THE USE OF ANY PARTICULAR BRAND OF REPLACEMENT PARTS. THE OWNER MAY ELECT TO USE NON-GENUINE HYUNDAI PARTS FOR REPLACEMENT PURPOSES. THE USE OF REPLACEMENT PARTS WHICH ARE NOT EQUIVALENT MAY IMPAIR THE EFFECTIVENESS OF THE EMISSION CONTROL SYSTEM.

If other than Hyundai Genuine Parts are used for maintenance replacements or for the repair of components affecting emission control, the owner should determine that such parts are warranted by their manufacturer to be equivalent to Hyundai Genuine Parts in performance and durability.

"New or Remanufactured Hyundai Genuine Parts" when used in connection with Hyundai vehicles, means parts manufactured by or approved by Hyundai, designed for use on Hyundai vehicles and distributed by HMA.

### MAINTENANCE SERVICE

MAINTENANCE, REPLACEMENT OR REPAIR OF THE EMISSION CONTROL DEVICES AND SYSTEMS MAY BE PERFORMED BY ANY QUALIFIED AUTOMOTIVE REPAIR ESTABLISHMENT OR INDIVIDUAL USING ANY PART CERTIFIED PURSUANT TO APPLICABLE EMISSION REGULATIONS.
HOWEVER, WARRANTY SERVICE MUST BE PERFORMED BY AN AUTHORIZED HMA DEALERSHIP.

Claims under the Federal Emission Performance Warranty may not be denied due to the failure of a properly installed certified non-Hyundai Genuine Part.

Claims may be denied on the basis of an uncertified replacement part used in the maintenance or repair of a vehicle if Hyundai presents evidence that the uncertified replacement part is either defective in materials or workmanship or not equivalent from an emission standpoint to the original equipment part and the vehicle owner is unable to rebut the evidence.

32

## SECTION 9

Receipts covering the performance of maintenance service should be retained in the event questions arise concerning maintenance. These receipts should be transferred to each subsequent owner of this vehicle. HMA reserves the right to deny warranty coverage if the vehicle has not been properly maintained. However, denial will not be based solely on the absence of maintenance records.

These warranties apply only to vehicles manufactured to United States' specifications which are distributed by Hyundai Motor America and registered and normally operated in the 50 United States and Washington, D.C., the commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa, and includes the commonwealth of the Northern Mariana Islands. Vehicles manufactured to other than United States' specifications, distributed by other than HMA and registered and normally operated outside the 50 United States and Washington, D.C., the commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa, or the Commonwealth of the Northern Mariana Islands are entitled to service of the emission control systems on the basis of the warranty applicable to such other distribution country.

## FEDERAL EMISSION PERFORMANCE WARRANTY

### CLAIMS PROCEDURE

To obtain warranty service under these warranties, the owner should return the vehicle to an authorized Hyundai dealership place of business during its normal service business hours, where such service will be performed at no charge for parts, labor, diagnosis and tax.

If an owner's warranty claim under the 2017 Federal Emission Performance Warranty is denied, HMA will provide the owner with a written explanation of why the claim was denied 1) within 30 days from the time you bring the car to a Hyundai dealership, or 2) within the time required by local, state, or federal law for the vehicle to be repaired without incurring further penalty, whichever is shorter.

Failure to provide an explanation within the 30-day period shall obligate HMA to remedy the nonconformity under the Federal Emission Performance Warranty except:

o When delay is requested by the vehicle owner.
o When delay is caused by factors beyond the control of HMA or authorized Hyundai dealership.

SECTION 9

33

## SECTION 9                    FEDERAL EMISSION PERFORMANCE WARRANTY

If your Hyundai dealership cannot repair your vehicle or process your claim within a reasonable time, please contact your Hyundai Customer Care Center for assistance: office for assistance.

HYUNDAI MOTOR AMERICA
Hyundai Customer Care Center
PO Box 20850
Fountain Valley, CA 92728
1-800-633-5151
Consumeraffairs@hmausa.com


Further information can be obtained from and complaints registered with:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Division
Attn: Warranty Complaints
2000 Traverswood Drive
Ann Arbor, MI 48105
E-mail: complianceinfo@epa.gov

34

## SECTION 10                    CALIFORNIA EMISSION CONTROL SYSTEMS WARRANTY

SECTION 10

## CALIFORNIA EMISSION CONTROL WARRANTY STATEMENT

### YOUR WARRANTY RIGHTS AND OBLIGATIONS

The California Air Resources Board and Hyundai Motor America (HMA) are pleased to explain the California Emission Control System Warranty on your 2017 Hyundai vehicle certified for sale in California.

In California, new motor vehicles must be designed, built and equipped to meet the State's stringent anti-smog standards. HMA must warrant the emission control system on your Hyundai vehicle for the periods of time listed below, provided there has been no abuse, neglect or improper maintenance of your Hyundai vehicle.

Your emission control system includes parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included may be hoses, belts, connectors and other emission-related assemblies. Where a warrantable condition exists, HMA will repair your Hyundai vehicle at no cost to you including diagnosis, parts and labor.

## MANUFACTURER'S WARRANTY COVERAGE:

1. For 5 years or 60,000 miles (whichever occurs first):
   - If your Hyundai vehicle fails a Smog Check inspection, all necessary diagnosis, repairs and adjustments will be made by HMA to ensure that your vehicle passes the inspection. This is your California Emission Control System PERFORMANCE WARRANTY.
   - If any emission-related part on your vehicle is defective, the part will be repaired or replaced by HMA. This is your short-term California Emission Control System DEFECT WARRANTY.
2. Long-term California Emission Control System DEFECT WARRANTY If an emission-related part listed in this Owner's Handbook on the Warranty Parts List specifically noted with coverage for "7 years or 70,000 miles" or "8 years or 80,000 miles" is defective, the part will be repaired or replaced by HMA. This is your long-term California Emission Control System DEFECT WARRANTY.
   o Specific emission components are covered for 7 years or 70,000 miles, whichever occurs first, see Page 38, NOTE1.
   o Specific emission components are covered for 8 years or 80,000 miles, whichever occurs first, see Page 38, NOTE2.

35

## SECTION 10                                    CALIFORNIA EMISSION CONTROL SYSTEMS WARRANTY

3. For 2017 Elantra, 2017 Sonata, 2017 Sonata Plug-in Hybrid, and 2017 Ioniq Plug-in Hybrid model certified as a partial zero-emission vehicles, (PZEV) only, all parts covered under the PERFORMANCE WARRANTY and the DEFECT WARRANTY, which are listed in this Owner's Handbook on the Emission Warranty Parts List, are warranted for 15 years or 150,000 (excluding the Plug-in Hybrid Battery) whichever occurs first (for the states listed under the Warranty Jurisdiction (on page 37), excluding Delaware, Pennsylvania, and Washington). See page 37, NOTE1 and NOTE2, and page 38, NOTE4.

Warranty Coverage for the 2017 Sonata Plug-in Hybrid Battery and 2017 Ioniq Plug-in Hybrid Battery, certified as a PZEV only, is warranted for 10 years or 150,000 miles and not 15 years 150,000 miles, whichever occurs first (excluding Delaware, Pennsylvania and Washington).

## OWNER'S WARRANTY RESPONSIBILITIES

As the Hyundai vehicle owner, you are responsible for the performance of the required maintenance listed in the Hyundai Owner's Manual. HMA recommends that you retain all receipts covering maintenance on your Hyundai vehicle, but HMA cannot deny emission warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your Hyundai vehicle to a Hyundai dealership as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time.

As the Hyundai vehicle owner, you should also be aware that HMA may deny your warranty coverage if your Hyundai vehicle or a part has failed due to abuse, neglect, improper maintenance or unapproved modifications.

If you have any questions regarding your warranty rights and responsibilities, you should contact the Hyundai Customer Care Center at 1-800-633-5151 or the California Air Resources Board at 9528 Telstar Avenue, El Monte CA 91731.

INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

Specific emission parts are covered up to 5 years or 60,000 miles, whichever occurs first, or up to the first required scheduled maintenance, whichever occurs first, See Page 38, NOTE3.

## SECTION 10                                    CALIFORNIA EMISSION CONTROL SYSTEMS WARRANTY

### WARRANTY JURISDICTION

This warranty applies exclusively to vehicles manufactured to California specifications which are distributed by Hyundai Motor America and must be sold, registered and operated in the states of California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont or Washington.

Its coverage exists in addition to that of the Federal Emission Defect Warranty and the Federal Emission Performance Warranty.

NOTE1:  The 15 years or 150,000 miles extended warranty applies to parts covered under the Performance and Defect Warranty, excluding the Plug-in Hybrid Battery, as listed in this Owner's Handbook to PZEV-certified only vehicles sold, registered and operated in the listed states, under the Warranty Jurisdiction (see page 36), with the exception of Delaware, Pennsylvania and Washington. The 15 years or 150,000 miles extended warranty does not apply in Delaware, Pennsylvania, or Washington.

NOTE2:  Warranty coverage for the Plug-in Hybrid Battery is 10 years or 150,000 miles and not 15 years or 150,000 miles, whichever occurs first, with the exception of Delaware, Pennsylvania and Washington.

SPECIAL NOTE : According to Federal Regulations, your vehicle may also be eligible for additional warranty coverage under the Federal Emission Warranty. California requires minimum emission warranty coverage of the first 3 years or 50,000 miles of vehicle use, with coverage for the first 7 years or 70,000 miles for certain "high cost" emission related parts, determined by a California government specified formula.

Hyundai provides greater warranty coverage of 5 years or 60,000 miles for all emission related components and 8 years or 80,000 miles coverage for catalytic converters, the electronic engine control module (includes the onboard emissions diagnostic device).

### WARRANTY PARTS LIST

The 5 years/60,000 miles California Emission Control System Defect Warranty covers any part that can affect emissions. Some of these consist of the following parts:

37

# 5 YEARS/60,000 MILES CALIFORNIA VEHICLE EMISSION WARRANTY PARTS

**SECTION 10**

**Air Induction System**
Air Cleaner Assembly
Intake Manifold   *7/70: Elantra 2.0L/1.4L-Turbo/1.6L-Turbo, Santa Fe Sport 2.4L, Tucson 2.0L, Azera 3.3L, Accent 1.6L, Veloster 1.6L, Santa Fe 3.3L, Sonata Hybrid 2.0, Sonata Plug-in Hybrid 2.0, Ioniq Hybrid 1.6L
Surge Tank   *7/70: Azera 3.3L, Santa Fe 3.3L
Turbocharger Assembly   *7/70: Veloster 1.6L-Turbo, Santa Fe Sport 2.0L-Turbo, Tucson 1.6L-Turbo, Sonata 1.6L-Turbo/2.0L-Turbo, Elantra 1.4L-Turbo/1.6L-Turbo
Intercooler Assembly
Exhaust Gas Recirculation
EGR Cooler   *7/70

**Fuel Metering System**
Coolant Temperature Sensor
Air Flow Sensor
Manifold Absolute Pressure Sensor
Speed Sensor
Fuel Injectors
Fuel Delivery Line
Fuel Pump   *7/70: Elantra 2.0L/1.4L-Turbo/1.6L-Turbo, Sonata 2.0L-Turbo
High Pressure Pump (GDI)   *7/70: Accent 1.6L, Santa Fe Sport 2.0L-Turbo/2.4L, Sonata 1.6L-Turbo, Azera 3.3L, Santa Fe 3.3L, Elantra 1.4L-Turbo/1.6L-Turbo, Tucson 1.6L-Turbo
Pressure Sensor
Throttle Body
Throttle Position Sensor
Idle Speed Control System
Oxygen Sensor
Engine Control Module   *8/80
Knock Sensor

**Ignition System**
Spark Plugs and Ignition Wires
Ignition Coil
Camshaft Position Sensor
Crankshaft Position Sensor

**Valve Timing System**
Oil Control Valve Assy
Oil Temperature Sensor

**Evaporative Control System**
Vapor Storage Canister
Canister Close Valve
Canister Purge Control Valve

**Fuel Tank**   *7/70: Accent 1.6L, Veloster 1.6L/1.6L-Turbo, Elantra GT 2.0L, Sonata 1.6L-Turbo/2.0L/2.4L, Azera 3.3L, Tucson 1.6L-Turbo/2.0L, Santa Fe Sport 2.0L-Turbo/2.4L, Santa Fe 3.3L, Sonata Hybrid 2.0, Sonata Plug-in Hybrid 2.0, Ioniq Hybrid 1.6L
Fuel Tank Pressure Sensor
Fuel Filler Cap
Vapor Liquid Separator
ORVR (Vent) Valve
Rollover (Cut) Valve

**Positive Crankcase Ventilation System**
PCV Valve and Hose

**Catalyst and Exhaust System**
Exhaust Manifold Catalytic Assembly   *8/80
Exhaust Manifold
Exhaust Pipe (from manifold to catalyst)   *7/70: Sonata 1.6L-Turbo/2.0L-Turbo
Catalytic Converter Assembly   *8/80

**Charging System**
Alternator   *7/70: Tucson 1.6L-Turbo, Santa Fe Sport 2.0L-Turbo/2.4L
Battery Sensor
OAD

**Hybrid System (see NOTES below)**
Hybrid Battery   *10/100
Battery Management system   *10/100
Hybrid Power Control Unit   *10/100

**Plug-in Hybrid System (see NOTES below)**
Hybrid Battery   *10/150
Battery Management system   *10/150
Hybrid Power Control Unit   *10/150

**Miscellaneous Items Used In Above Systems**
Hoses, clamps, gasket or seals
Wires, harnesses, connectors
All sensors (switches, solenoids, valves) associated with the ECM

**Onboard Emissions Diagnostic Device (Included in Engine Control Module)**
Malfunction Indicator Light and Bulb
Data Link Connector

*Spark plugs shall be warranted for the emissions warranty period, or the first scheduled replacement time or mileage, whichever occurs first.*
NOTE 1 : Parts designated by "7/70" are warranted for 7 years or 70,000 miles, whichever occurs first, under the California Emission Warranty.
NOTE 2 : Parts designated by "8/80" are warranted for 8 years or 80,000 miles, whichever occurs first, under the Federal Emission Warranty. Vehicles covered by the California emission controls system warranty is also covered by the Federal Emission Warranty.
NOTE 3 : Specific emission parts covered up to 5 years or 60,000 miles, whichever occurs first, or up to the first required scheduled maintenance, whichever occurs first (See Hyundai Owner's Manual for required scheduled maintenance).
NOTE 4 : The above parts for an Elantra, Sonata, Sonata Plug-in Hybrid, and Ioniq Plug-in Hybrid vehicle, certified as a partial zero-emission vehicle (PZEV) only, are warranted for 15 years or 150,000 miles, whichever occurs first, under the California Emission Warranty (excluding the Plug-in Hybrid Battery). Please note: The Plug-in Hybrid Battery designated by "10/150" is warranted for 10 years or 150,000 miles, whichever occurs first, under the California Emission Warranty for specific 2017 model year Sonata Plug-in Hybrid vehicles, certified as a PZEV only, and not 15 years or 150,000 miles. The certified PZEV vehicle must be sold, registered and operated in one of the following states: California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, or Vermont (excluding Delaware, Pennsylvania and Washington). Section 10 of the Warranty Jurisdiction (see page 37 and NOTE1).
NOTE 5 : Warranty coverage for the Hybrid System and Plug-in Hybrid System is 10 years or 100,000 miles, whichever occurs first, under the Hyundai Hybrid System and Plug-in Hybrid System Warranty. The Hybrid Battery, Plug-in Hybrid Battery, and Electric Battery is warranted for Lifetime for Original Owners only.

**38**

## SECTION 10 CALIFORNIA EMISSION CONTROL SYSTEMS WARRANTY

Some items are scheduled for replacement as part of the required maintenance for the vehicle.

Replacement of these items is warranted up to the first replacement interval or up to the limits of the applicable Emission Warranty coverage period, whichever occurs first (Refer to the Scheduled Maintenance chart in the Hyundai Owner's Manual). Any such part repaired or replaced under warranty shall be warranted for the remainder of the warranty period for that part.

If the failure of a warranted component causes damage to any other vehicle part, both parts will be covered by the Emission Warranties.

### WARRANTY START DATE:

The above-mentioned warranty periods shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company car prior to sale at retail, on the date the vehicle is first placed in such service.

### WHAT IS NOT COVERED

THE CALIFORNIA EMISSION CONTROL SYSTEM DEFECTS WARRANTY AND THE CALIFORNIA EMISSION CONTROL SYSTEM PERFORMANCE WARRANTY SHALL NOT APPLY TO:

- Malfunctions in any part directly caused by abuse, misuse, modification, improper adjustment except those done by a dealership during warranty service work, alterations, tampering, disconnections, improper or inadequate maintenance, neglect or use of leaded gasoline or other fuels not recommended in the Hyundai Owner's Manual.
- Damage resulting from an accident or an Act of God.
- Any vehicle on which the odometer reading has been altered so that actual mileage cannot be readily determined.
- Failures that are a direct result of a lack of performance of required emission control maintenance as outlined in the Hyundai Owner's Manual.
- Parts or accessories used in applications for which they were not designed or not approved for use on the vehicle by HMA.
- Parts not supplied by HMA or damage to other parts caused directly by non-Hyundai parts or non-equivalent parts.
- The charge for diagnostic labor which does not lead to the determination that a warrantable condition exists.

39

## SECTION 10                                    CALIFORNIA EMISSION CONTROL SYSTEMS WARRANTY

**SECTION 10**

– INCIDENTAL OR CONSEQUENTIAL DAMAGES, SUCH AS, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

The duration of any implied warranties, including those of MERCHANTABILITY and FITNESS FOR A PARTICULAR PURPOSE, regarding emissions systems defects are limited to the duration of this limited warranty.

Some states do not allow limitations on how long an implied warranty lasts or the exclusion or limitation of incidental or consequential damage, so the limitations or exclusions set forth regarding this limited warranty may not apply to you.

### REPLACEMENT PARTS

It is recommended that any replacement parts used for maintenance, repair or replacement of the emission control system be parts supplied by HMA.

Maintenance, repair or replacement of the emission control system may be performed by any qualified automotive repair facility or individual, using parts other than Hyundai Genuine Parts without invalidating this warranty.

However, the cost of such maintenance and parts will not be covered under this warranty unless it is an "Emergency Repair" situation (Refer to "Emergency Repair" for definition of emergency repair situation).

Use of replacement parts which are not equivalent in quality to Hyundai Genuine Parts may impair the effectiveness of the emission control system. You should make sure such parts are warranted by their manufacturer to be equivalent in design and quality to Hyundai supplied parts. HMA assumes no liability under this warranty for any vehicle damage caused by a defect in any such parts.

### OBTAINING WARRANTY SERVICE

To obtain warranty service, you must return your Hyundai vehicle to any authorized Hyundai dealership in California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont or Washington during its normal service business hours, where such service will be performed.

40

## SECTION 10                     CALIFORNIA EMISSION CONTROL SYSTEMS WARRANTY

When failing a Smog Check test, an authorized Hyundai dealership may ask the owner to provide proof that the required maintenance was performed when the dealership has reason to believe that the required maintenance:

o  Was not performed and
o  If not performed, may be the cause for the particular vehicle exceeding applicable emission standards.

For a Smog check test failure, if your Warranty Claim under the 2017 California Emission Control Systems Limited Warranties is denied, HMA or its dealership will provide you with a written explanation of why the claim was denied within 30 days from the time you bring the car to a Hyundai dealership.

If the authorized Hyundai Dealership does not notify the vehicle owner within 30 days that a warrantable condition does not exist, then HMA will repair the vehicle free of charge, unless:

o  The delay is requested by you, the Hyundai vehicle owner, or
o  The delay is caused by factors beyond the control of HMA or an authorized Hyundai dealership.

The lack of availability of warranted parts within 30 days shall constitute an emergency situation (see EMERGENCY REPAIR).

### EMERGENCY REPAIR

In an emergency, where an authorized Hyundai dealership is not reasonably available, warranty repairs may be made at any available service facility, or by the owner using any replacement part. A repair not being completed within 30 days also constitutes an emergency.

HMA will reimburse you for your expenses including diagnostic charges, for repairs covered by this warranty, for parts at HMA's suggested retail price, and for labor at a geographically appropriate labor rate per HMA's recommended time allowance. For reimbursement, present all replaced parts and a copy of your paid receipt to any authorized Hyundai dealership. HMA assumes no liability for the workmanship of the repair facility.

41

## SECTION 10                                    CALIFORNIA EMISSION CONTROL SYSTEMS WARRANTY

### CALIFORNIA VEHICLE INSPECTION PROGRAM

If your 2017 Hyundai vehicle fails to pass a Smog Check test after a period of use of 5 years or 60,000 miles, but before a period of use of 8 years or 80,000 miles, whichever occurs first, you may choose to have your vehicle repaired at an authorized Hyundai dealership or another service facility.

In the event that the Hyundai dealership or determines that the smog check failure was caused by the failure or malfunction of a part listed in this Owner's Handbook specially noted with coverage for 8 years or 80,000 miles, then your Hyundai vehicle will be repaired under this limited warranty at no expense to you, unless the part failure or malfunction was caused by abuse, neglect, or improper maintenance.

However, if the authorized Hyundai dealership determines that the smog check failure was directly caused by abuse, neglect, or improper maintenance, then you will be responsible for all diagnostic and repair costs related to detecting and repairing your Hyundai vehicle so it will pass the Smog Check test. If you choose to have your Hyundai vehicle repaired at a service facility other than an authorized Hyundai dealership, HMA will not be liable for any diagnostic and repair expenses, except where such repair is necessary by reason of an emergency.

42

If your Hyundai vehicle is determined to fail the Smog Check test by such service facility, you may deliver your Hyundai vehicle to an authorized Hyundai dealership and have it repaired free of charge in accordance with this warranty.

### OBTAINING WARRANTY SERVICE

In the event of a Claim, you must return your vehicle to an authorized Hyundai dealership for examination and approval by Hyundai prior to any repair or replacement.

Warranty service will be provided by authorized Hyundai dealership without charge for parts or labor.

## SECTION 11 REPLACEMENT PARTS AND ACCESSORIES LIMITED WARRANTY

### WHAT IS COVERED

Warranty coverage is for repair or replacement of any Hyundai Genuine Replacement Part or Accessory supplied from Hyundai Motor America which is found to be defective in material or workmanship under normal use and maintenance, except any item specifically referred to in the section "What is Not Covered."

Repairs are to be performed using New Hyundai Genuine Parts or Hyundai authorized remanufactured parts.

Parts/Accessories that were sold and installed by an Authorized Hyundai Dealership will be repaired or replaced without charge for parts/accessories and labor. If the parts/accessories were not originally installed by an Authorized Hyundai Dealership, they will be repaired or replaced without charge for parts/accessories, but labor charges will not be covered.

INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

### REPLACEMENT PART WARRANTY PERIOD

The Replacement Parts Limited Warranty period is limited to 1 year from the date of installation, or twelve thousand (12,000) miles of service, whichever occurs first, for Hyundai Genuine replacement parts supplied by HMA and purchased from and installed by an authorized Hyundai dealership. Parts replaced under the terms of the New Vehicle Limited Warranty, Powertrain Limited Warranty, Federal Emission Defect Warranty, Federal Emission Performance Warranty, Hybrid System Warranty, or California Emission Control Systems Warranty, are warranted for the remainder of the applicable warranty which the part was previously replaced under.

Certain Emission Control System items require scheduled replacement as part of the scheduled maintenance of the vehicle (i.e. spark plugs). Replacement of these items is warranted in normal service up to the first replacement interval only (Refer to the Hyundai Owner's Manual and its scheduled maintenance section). Genuine Hyundai Parts and Accessories supplied by HMA and purchased from an authorized Hyundai dealership, but not installed by an authorized Hyundai dealership, are covered for twelve (12) months from the date of purchase from the authorized Hyundai dealership.

SECTION 11

43

## SECTION 11                REPLACEMENT PARTS AND ACCESSORIES LIMITED WARRANTY

**SECTION 11**

### ACCESSORY WARRANTY PERIOD

A Hyundai Genuine accessory installed by an authorized Hyundai dealership on a new vehicle at the time of, prior to, or after the vehicle's date of delivery to the original retail purchaser, or the date the vehicle is first put into service, is covered under the New Vehicle Limited Warranty and is limited to 5 years from the date of original retail delivery or date of first use, or 60,000 miles, whichever occurs first.

A Hyundai Genuine accessory purchased over-the-counter is warranted for 1 year/unlimited mileage.

An air conditioning system installed by an authorized Hyundai dealership is covered for 1 year or twelve thousand (12,000) miles, whichever occurs first, or the remainder of the New Vehicle Limited Warranty, whichever is greater, from the date of installation. An AM/FM radio, CD/DVD player, air conditioning system, Bluetooth or navigational system purchased over the counter is warranted for 1 year/unlimited mileage. AM/FM radio, CD/DVD player, navigational system, and Bluetooth are covered for 1 year/unlimited mileage if purchased and installed after the vehicle has been retailed or placed into service.

### OWNER'S RESPONSIBILITIES

* Proper use, maintenance, and care of the vehicle (part) in accordance with the instructions contained in the Hyundai Owner's Manual.
* Retention of maintenance service records. It may be necessary for the customer to demonstrate and prove that the required maintenance has been performed, as specified in the Hyundai Owner's Manual.
* Retention of the customer's copy of the original repair order or original part counter sales receipts. The repair order or sales slip receipt will state the date of the parts sale. For parts originally installed by an authorized Hyundai dealership, the repair order must also state the mileage of the vehicle at the time of original replacement.
* Delivery of the part or accessory and supporting documentation indicating the date and, if applicable, mileage at time of purchase and installation during regular parts and/or service hours to any authorized Hyundai dealership to obtain warranty service.

44

## SECTION 11                    REPLACEMENT PARTS AND ACCESSORIES LIMITED WARRANTY

### WHAT IS NOT COVERED

* Normal maintenance services of parts or accessories such as: cleaning, adjustment or replacement (i.e. spark plugs that are oil fouled, lead fouled, or which fail due to the use of low grade or contaminated fuel).
* Parts or accessories that fail due to abuse, misuse, neglect, alteration or accident, or which have been improperly lubricated or repaired.
* Parts or accessories used in applications for which they were not designed or not approved by HMA.
* Failures due to normal wear.
* Failures caused by non-Hyundai parts.
* Any vehicle on which the odometer reading has been altered so that mileage cannot be accurately determined.
* Any part previously replaced under the terms of the New Vehicle Limited Warranty, Powertrain Limited Warranty, Federal Emission Defect Warranty, Federal Emission Performance Warranty, Hybrid System Warranty or California Emission Control Systems Warranty.
* INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

* The duration of any implied warranties, including those of MERCHANTABILTY and FITNESS FOR A PARTICULAR PURPOSE, are limited to the duration of this limited warranty.

Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitations of incidental or consequential damages, so the limitation or exclusions set forth regarding this limited warranty may not apply to the owner.

NOTE:
Vehicles which contain non-Hyundai Genuine parts, or which have been misused, or improperly maintained, will not have the coverage under the Replacement Parts and Accessories Limited Warranty denied, unless the non-Hyundai Genuine part, the misuse, or the improper maintenance directly caused or contributed to the subsequent problem.

### OBTAINING WARRANTY SERVICE

Warranty Service will be provided by any authorized Hyundai dealership.

45



MEMO

46



MEMO

47

MEMO



48

# EXHIBIT C

**Alexander**
OF OXNARD
@ BUICK GMC

1600 Auto Center Drive, Oxnard, CA 93036
Phone: (805) 751-4680

SERVICE DEPARTMENT HOURS
7:30 a.m. to 6:00 p.m.
Monday - Friday
8:00 a.m. to 4:00 p.m. Saturday

| R/O Open Date | R/O Number |
|---|---|
| 10/12/20 | 4058561/1 |
| R/O Close Date | Status |
| 10/22/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 35705 | 35705 |
| Service Advisor / Tag # | |
| Fernando Reyes/5886 | |

BAR# 269275      EPA# CAL000374724

ROCKENBACH, EDWIN
1950 LANTANA ST #202
OXNARD, CA   93036

| Work Phone | | Vehicle Identification Number |
|---|---|---|
| | | KMHTC6AD4HU318518 |
| Home Phone | | Delivery Date | In Service Date |
| 805-229-9529 | | 5/21/18 | 5/21/18 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2017 | HYUNDAI | VELOSTER | VALUE EDITION DUA | IRONMAN SI | |
| HU318518 | | | | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Cell: 805-229-9529  Email: EDDROCK111@GMAIL.COM | |
| | |
| #1 - 15BUZ: MISCELLANEOUS | |
| CUSTOMER STATES TRANSMISSION GETS STUCK IN FIRST G | |
| EAR ISSUE IS INTERMITTENT CHECK AND ADVISE | |
|   Caused by | |
|     test drove vehicle . verified concern found | |
|     vehicle would shift  down to 1st gear on its own | |
|     and rpms would go up.  contacted techline and was | |
|     advised to check harness on steering column and | |
|     found no rubbing.removed steering wheel and found | |
|     harness not routed properly from factory. found | |
|     imperfection cut into harness and would short | |
|     signal to transmission telling to down shift . | |
|   Corrected by | |
| Tech: EDGAR VALLEJO          (804) | Warranty |
| Tech: EDGAR VALLEJO          (804) | Warranty |
| Installed 56190-2V455 (FP):EXT WIRE          Qty: 1 | Warranty |
|   replaced steering wheel harness and verified | |
|   operation. | |
| | |
| #3 - CATIRE: SET TIRE PRESSURES PER CARB STANDARDS | |
|   TIRE PRESSURE | |
|   Tech: EDGAR VALLEJO          (804). | |
|   SET TIRE TO SPECIFICATIONS AS NOTED ON FEDERAL | |
|   DOOR STICKER | |
|     Sub Total: .00 | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. It is hereby given you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express or mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made solely by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any warranties contained herein does not apply where prohibited by law.

All parts new unless specifically noted.

Non-GM parts and accessories are not covered under the GM New Vehicle Limited Warranty. They also may damage the vehicle, compromise its compliance with safety standards or void the GM Warranty on the vehicle itself. GM is not responsible for the consequences of installing any non-GM equipment, parts or accessories on the vehicle. A list of non-GM parts is available to you upon request.

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |



**Alexander**
OF OXNARD
⊕ BUICK GMC [logos] HYUNDAI
1600 Auto Center Drive, Oxnard, CA 93036
Phone: (805) 751-4680

SERVICE DEPARTMENT HOURS
7:30 a.m. to 6:00 p.m.
Monday - Friday
8:00 a.m. to 4:00 p.m. Saturday

| R.O. Open Date | 10/12/20 | R.O. Number | 4058561/2 |
|---|---|---|---|
| R.O. Close Date | 10/22/20 | Status | Pre-Invoice |
| Mileage In | 35705 | Mileage Out | 35705 |
| Service Advisor / Tag # | Fernando Reyes/5886 | | |

**BAR# 269275      EPA# CAL000374724**

ROCKENBACH, EDWIN
1950 LANTANA ST #202
OXNARD, CA   93036

| Work Phone | |
|---|---|
| **Vehicle Identification Number** | KMHTC6AD4HU318518 |
| Home Phone | 805-229-9529 |
| Delivery Date | 5/21/18 |
| In-Service Date | 5/21/18 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2017 | HYUNDAI | VELOSTER | VALUE EDITION DUA | IRONMAN SI | |
| HU318518 | | | | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Please Note: #S886 SHUTTLE CREATED 2020-10-12 01:41:36PM TAKEN BY EDWIN ROCKENBACH | |
| ************************************************ | |
| * THANK YOU FOR CHOOSING US FOR YOUR SERVICE NEEDS. WE   * | |
| * APPRECIATE YOUR BUSINESS AND HOPE YOU ARE COMPLTELY   * | |
| * SATISFIED WITH OUR SERVICE. WE LOOK FORWARD TO HELPING:  * | |
| * YOU IN THE FUTURE   * | |
| ************************************************ | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

All parts are unless specifically noted.

Non-GM parts and accessories are not covered under the GM New Vehicle Limited Warranty. They also may damage the vehicle, compromise its compliance with safety standards or void the GM Warranty on the vehicle itself. GM is not responsible for the consequences of installing any non-GM equipment, parts or accessories on the vehicle. A full line of GM parts is available to you upon request.

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

| | AMOUNT |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

VELOSTER | VALUE EDITION DUAL IRONMAN

805-229-9529  Email: EDDROCK111@GMAIL.COM

**TIRE: SET TIRE PRESSURES PER CARB STANDARDS**
Tech: EDGAR VALLEJO        (804)
SET TIRE TO SPECIFICATIONS AS NOTED ON FEDERAL
DOOR STICKER
  Sub Total: .00

------------------------------------------------

- 51CDZ: TRIM ELECTRICAL
  CUSTOMER STATES THAT AFTER LAST VISIT AND REPAIR,
  THE RADIO TURNS ON WHEN ACTIVATING THE CRUISE
  CONTROL. THE CRUISE CONTROL IS NOT WORKING AND
  THE MILEAGE TRIP METER IS NOT WORKING. CHECK AND
  ADVISE. SEE HISTORY.
   Caused by
   VERIFIED CONCERN . REMOVED STEERING WHEEL AND
   INSPECTED STEERING WHEEL HARNESS AND FOUND
   HARNESS INSTALLED IN WRONG CONECTION.
Tech: EDGAR VALLEJO        (804)
INSTALLED CONNECTIONS INTO PROPER CONNECTOR AND
VERIFIED OPERATION.
  Sub Total: .00
*********************************************
 YOU FOR CHOOSING US FOR YOUR SERVICE NEEDS. WE    *
CIATE YOUR BUSINESS AND HOPE YOU ARE COMPLTELY    *
FIED WITH OUR SERVICE. WE LOOK FORWARD TO HELPING *
 N THE FUTURE                                     *

SH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair
done along with the necessary material and agree that you are not
amage to vehicle or articles left in the vehicle in case of fire, theft, or any
control or for any delays caused by unavailability of parts or delays in
pplier or transporter. I hereby grant you or your employees permission to
described on streets, highways, or elsewhere for the purpose of testing
ess mechanic's lien is hereby acknowledged on above vehicle to secure
o."

TIES. Any warranties on the products sold hereby are those made by
 hereby expressly disclaims all warranties either express or implied,
y of merchantability or fitness for a particular purpose, and the seller
es any other person to assume for it any liability in connection with the
tation contained herein does not apply where prohibited by law.

y noted.

s are not covered under the GM New Vehicle Limited Warranty. They
 compromise its compliance with safety standards or void the GM
GM is not responsible for the consequences of installing any non-GM
 on the vehicle. A list of non-GM parts is available to you upon request

TRICAL OR SAFETY ITEMS OR

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

VALUE EDITION DUB IRONMAN

(805) 229-9529.  Email: BDDROCK111@GMAIL.COM

CATIRE  SET TIRE PRESSURES PER CARB STANDARDS
Tech: EDGAR VALLEJO          (804)
SET TIRE TO SPECIFICATIONS AS NOTED ON FEDERAL
DOOR STICKER
   Sub Total: .00
-----------------------------------------------------------
 51CDZ: TRIM ELECTRICAL
 CUSTOMER STATES THAT AFTER LAST VISIT AND REPAIR,
 THE RADIO TURNS ON WHEN ACTIVATING THE CRUISE
 CONTROL. THE CRUISE CONTROL IS NOT WORKING AND
 THE MILEAGE TRIP METER IS NOT WORKING. CHECK AND
 ADVISE. SEE HISTORY.
   Caused by
   VERIFIED CONCERN . REMOVED STEERING WHEEL AND
   INSPECTED STEERING WHEEL HARNESS AND FOUND
   HARNESS INSTALLED IN WRONG CONECTION.
Tech: EDGAR VALLEJO          (804)
INSTALLED CONNECTIONS INTO PROPER CONNECTOR AND
ERIFIED OPERATION.
 Sub Total: .00
*****************************************************
 YOU FOR CHOOSING US FOR YOUR SERVICE NEEDS. WE      *
CIATE YOUR BUSINESS AND HOPE YOU ARE COMPLTELY       *
FIED WITH OUR SERVICE. WE LOOK FORWARD TO HELPING    *
 N THE FUTURE                                        *
                                                     *

SH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair
done along with the necessary material and agree that you are not
amage to vehicle or articles left in the vehicle in case of fire, theft, or any
control or for any delays caused by unavailability of parts or delays in
pplier or transporter. I hereby grant you or your employees permission to
described on streets, highways, or elsewhere for the purpose of testing
ress mechanic's lien is hereby acknowledged on above vehicle to secure
o."

TIES.  Any warranties on the products sold hereby are those made by
r hereby expressly disclaims all warranties either express or implied,
y of merchantability or fitness for a particular purpose, and the seller
es any other person to assume for it any liability in connection with the
tation contained herein does not apply where prohibited by law.
y noted.

s are not covered under the GM New Vehicle Limited Warranty. They
compromise its compliance with safety standards or void the GM
GM is not responsible for the consequences of installing any non-GM
 on the vehicle. A list of non-GM parts is available to you upon request.

TRICAL OR SAFETY ITEMS OR

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |



Alexander
OF OXNARD

1800 Auto Center Drive, Oxnard, CA 93036
Phone. (805) 751-4680

SERVICE DEPARTMENT HOURS
7:30 a.m. to 6:00 p.m. Monday - Friday
8:00 a.m. to 4:00 p.m. Saturday

| R.O Open Date | R.O Number |
|---|---|
| 8/03/20 | 4056532/2 |
| R.O Close Date | Status |
| 8/08/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 35204 | 35204 |
| Service Advisor / Tag # | |
| Fernando Reyes/5015 | |

BAR# 269275 EPA# CAL000374724

ROCKENBACH, EDWIN
1950 LANTANA ST #202
OXNARD, CA 93036

| Work Phone | Vehicle Identification Number | |
|---|---|---|
| | KMHTC6AD4HU318518 | |
| Home Phone | Delivery Date | In-Service Date |
| 805-229-9529 | 5/21/18 | 5/21/18 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2017 | HYUNDAI | VELOSTER | VALUE EDITION DUA | IRONMAN SI | |

HU318518

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| DOOR STICKER<br>Sub Total: .00 | |
| #5 * 15BUZ: MISCELLANEOUS<br>ADDED OPERATION<br>CUSTOMER PROVIDED WITH SRC RENTAL.<br>Tech: HOUSE TECH (999)<br>Sub Total: .00 | |

Please Note: XTIME WEB APPT CREATED 2020-08-01 06:08:17PM TAKEN BY EDWIN ROCKENBACH... .drop off...also yes on the wash

******************************************************
* THANK YOU FOR CHOOSING US FOR YOUR SERVICE NEEDS. WE *
* APPRECIATE YOUR BUSINESS AND HOPE YOU ARE COMPLTELY *
* SATISFIED WITH OUR SERVICE. WE LOOK FORWARD TO HELPING *
* YOU IN THE FUTURE *
******************************************************

*Alexander*

OF OXNARD

Buick GMC

1500 Auto Center Drive  Oxnard, CA 93036
Phone (805) 751-4680

BARS 265275      EPA# CAL000374724

ROCKENBACH, EDWIN
1950 LANTANA ST #202
OXNARD, CA  93036

SERVICE DEPARTMENT HOURS

| | | |
|---|---|---|
| Work Phone | | |
| Home Phone | | |
| | BUS: | |

| | | |
|---|---|---|
| 2017 | HYUNDAI | VELOSTER | VALUE EDITION DUA TECHNO... |
| 80218518 | | | |

Cell: 805-229-9529   Email: RDDROCKY11@GMAIL.COM

**#1 - 15BUZ: MISCELLANEOUS**
    CUSTOMER STATES WHILE DRIVING IT JUMPS DOWN INTO
    FIRST GEAR, WHEN GOING 65/70MPH RPMS WILL START
    REVVING HIGH, STATES THAT IT STARTS IN 6TH GEAR
    AND FEELS LIKE THERE IS  NO POWER   HE HAS ALSO
    NOTICED VEHICLE IS ONLY GETTING 25MPG
     Caused by
     TEST DROVE VEHICLE AND WAS ABLE TO VERIFY
     CUSTOMERS CONCERN. CHECKED FOR TROUBLE CODES
     NONE FOUND. TEST DROVE VEHICLE AGAIN WHILE
     GRAPHING TRANSMISSION SHIFT POINTS  FOUND
     TRANSMISSION SLIPPING INTO 2ND AND 3RD GEAR
     CALLED HYUNDAI TECHLINE CASE NUMBER 20... .
     AND WAS ADVISED TO REPLACE TRANSMISSION DUE TO
     INTERNAL TRANSMISSION MALFUNCTION
    Tech: EDGAR VALLEJO         (804)
    Installed 43000-2A003-RM  RKMAN MANUAL TRAN...
    Installed 08950-00020-B  MTF MANUAL TRANSM...
    REPLACED TRANSMISSION ASSEMBLY PER PA 10000
    SERVICE MANAGER ALLOWING  3 ATF TIME FOR DIAG
    TIME.

**#2 - CATIRE: SET TIRE PRESSURES PER CARD STANDARDS**
    Tech: EDGAR VALLEJO         (804)
    SET TIRE TO SPECIFICATIONS AS NOTED ON FEDERAL.

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE ...

DISCLAIMER OF WARRANTIES  Any warranties on the products sold hereby are those made by the manufacturer ...

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX ON TAX LD | |
| ACTUAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

X

Warranty
Warranty



# Alexander

**#1 VOLVO CERT. #2 MANAGER**

10200 Auto Center Drive | Council 3 A 92606

Phone (707) 151 4240

| | | |
|---|---|---|
| | Finer Advisor | Lane Advisor |
| | Contact Manager | Message DAS |

**RAMO 208773    EPAS CAL00027124**

**P. RICHARD ALAIN**

**UT 3 TACOMA 2.7 6 92**

**ANAEL  CA  91696**

| | | | |
|---|---|---|---|
| OFFICIAL     VEHICLE      2 | | | |
| ALEXAND |

Cell  805 279 9500  Email  richardxxxx@xx.xx

#1  ISSUE  MISCELLANEOUS
    CUSTOMER STATES OIL CLUTCH  TRANSMISSION
    but shifting right will drivers at high speed
    check and advise also brakes

#2  MPI  PERFORM MULTI POINT INSPECTION
    MULTI POINT INSPECTION NON RECOMMENDED

#4  CAUSE  SET TIRE PRESSURES PER CARD STANDARD

STICK AND APPT CREATED 2020 08-34 00  24  2 PM
TAKEN
BY KEVIN MCCORMACK      drop off    also pre  of
the week

**TERMS: STRICTLY CASH UNLESS ARRANGEMENTS MADE**

# Alexander
### OF OXNARD
**BUICK GMC** · **HYUNDAI**

1600 Auto Center Drive · Oxnard, CA 93036
Phone (805) 751-4680

**BAR# 269275    EPA# CAL000374724**

ROCKENBACH, EDWIN
1950 LANTANA ST #202
OXNARD, CA  93036

SERVICE DEPARTMENT HOURS
Monday - Friday
8:00 a.m. to 4:00 p.m. Saturday

| Work Phone |
| Home Phone | 805-229-9529 |

| Year | Make | Model | Color |
| 2017 | HYUNDAI | VELOSTER | IRON DUO IRONMAN SI |
| HU318518 |

**DESCRIPTION OF SERVICE AND PARTS**      **AMOUNT**

Cell: 805-229-9529  Email: EDBROCK

#1  - 15DUZ: MISCELLANEOUS
    CUSTOMER STATES WHILE DRIVING IT GOES DOWN
    FIRST GEAR, WHEN GOING 65/70MPH RPMS WILL START
    REVVING HIGH. STATES THAT IT STARTS IN 6TH GEAR
    AND FEELS LIKE THERE IS  NO POWER . HE HAS
    NOTICED VEHICLE IS ONLY GETTING 25MPG
        Caused by
    TEST DROVE VEHICLE AND WAS ABLE TO VERIFY
    CUSTOMERS CONCERN. CHECKED FOR TROUBLE CODES AND
    NONE FOUND. TEST DROVE VEHICLE AGAIN THIS TIME
    GRAPHING TRANSMISSION SHIFT POINTS. FOUND
    TRANSMISSION SLIPPING INTO 2ND AND 3RD GEARS.
    CALLED HYUNDAI TECHLINE CASE NUMBER 2020
    AND WAS ADVISED TO REPLACE TRANSMISSION DU
    INTERNAL TRANSMISSION MALFUNCTION.
    Tech: EDGAR VALLEJO      (804)                        Warranty
    Installed 43000-2A003-RM :REMAN MANUAL TRANSMISSIC  Qty: 1   Warranty
    Installed 08950-00020-B :MTF MANUAL TRANSMISSION   Qty: 2   Warranty
    REPLACED TRANSMISSION ASSEMBLY.PER PA 100892.
    SERVICE MANAGER ALLOWING .3 ATT TIME FOR GDS SCAN
    TIME.

#2  - CATIRE: SET TIRE PRESSURES PER CARB STANDARDS
    Tech: EDGAR VALLEJO      (804)
    SET TIRE TO SPECIFICATIONS AS NOTED ON FEDERAL

TERMS STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on the streets, highways, or elsewhere for the purpose of testing and or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

All parts new unless specifically noted.

Non GM parts and accessories are not covered under the GM New Vehicle Limited Warranty. They also may damage your vehicle, compromise its compliance with safety standards, or void the GM Warranty on the vehicle itself. GM is not responsible for the consequences of installing any non-GM parts. Other parts or accessories on the vehicle. A list of non-GM parts is available to you upon request.

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS

| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

X



*Alexander*
OF OXNARD
BUICK GMC Hyundai
1600 Auto Center Drive, Oxnard, CA 93036
Phone: (805) 751-4680

SERVICE DEPARTMENT HOURS
7:30 a m to 6:00 p m
Monday–Friday
8:00 a m to 4:00 p m Saturday

| | 8/03/20 | 4006532/1 |
| --- | --- | --- |
| | 12:30 | 8/03 17:00 |
| | 15204 | |

Arturo Lemus/5015

# 352

BAR# 269275     EPA# CAL000374724
ROCKENBACH, EDWIN
1950 LANTANA ST #202
OXNARD, CA   93036

| | KMHTC6AD4HU318518 |
| --- | --- |
| 805-229-9529 | 5/21/18    5/21/18 |

| Year | Make | Model | Body | |
| --- | --- | --- | --- | --- |
| 2017 | HYUNDAI | VELOSTER | VALUE EDITION | IRONMAN S1 |
| HU318518 | | | | |

Cell: 805-229-9529  Email: EDDROCK111@GMAIL.COM

#1 - 15BUZ: MISCELLANEOUS
    CUSTOMER STATES DUAL CLUTCH  TRANSMISSION also
    not shifting right will driving at high speeds
    check and advise also history          Estimate:    .00    .00

#3 - MPI: PERFORM MULTI POINT INSPECTION
    MULTI-POINT INSPECTION OEM RECOMMENDED
                                            Estimate:    .00    .00

#4 - CATIRE: SET TIRE PRESSURES PER CARB STANDARDS
                                            Estimate:    .00    .00

XTIME WEB APPT CREATED 2020-08-01 06:08:17PM
TAKEN
BY EDWIN ROCKENBACH...   .drop off...also yes on
the wash

                                  Total Estimate:              .00

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS MADE

DISCLAIMER OF WARRANTIES

**Alexander**

OF OXNARD

Auto Center Drive, Oxnard, CA 93036
Phone: (805) 751-4660

SERVICE DEPARTMENT HOURS

EPA# CAL860374724
ROCKENBACH, EDWIN
1954 LANTANA ST #202
OXNARD, CA 93036

2017 HYUNDAI VELOSTER
KM318513

DOOR STICKER
Sub Total: .00

#3 * 15BUZ: MISCELLANEOUS
ADDED OPERATION
ENTERPRISE VEHICLE
Tech: MOOSE TECH                     .995
Work performed by ENTERPRISE RENT A CAR   Warranty
Work performed by ENTERPRISE RENT A CAR   Warranty
ENTERPRISE WARRANTY SRC                   Warranty

Please Note: XTIME WEB APPT CREATED       26:03AM TAKEN
             BY EDWIN ROCKENBACH

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* THANK YOU FOR CHOOSING US FOR YOUR SERVICE NEEDS. WE  *
* APPRECIATE YOUR BUSINESS AND HOPE YOU ARE COMPLETELY  *
* SATISFIED WITH OUR SERVICE. WE LOOK FORWARD TO HELPING*
* YOU IN THE FUTURE                                      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

.00
.00
.00
.00
.00
.00
.00
.00

*order*

GMC

GMC

1600 Auto Center Drive, Ontario, CA 93036

DESCRIPTION OF SERVICE AND PARTS

NO RETURN ON ELECTRICAL OR SAFETY ITEMS / SPECIAL ORDERS

**Alexander**
OF OXNARD
BUICK GMC HYUNDAI
1600 Auto Center Drive Oxnard, CA 93036
Phone (805) 751-4680

SERVICE DEPARTMENT HOURS
7:30 a.m. to 6:00 p.m. Monday - Friday
8:00 a.m. to 4:00 p.m. Saturday

| R.O. Open Date | R.O. Number |
|---|---|
| 8/03/20 | 4056532/1 |
| Time Received | Time Promised |
| 12:30 | 8/03 17:00 |
| Current Mileage | Mileage Out |
| 35204 | |

| Estimate of Repairs | Service Advisor / Key Tag # |
|---|---|
| | Arturo Lemus/5015 #352 |

BAR# 269275 EPA# CAL000374724
ROCKENBACH, EDWIN
1950 LANTANA ST #202
OXNARD, CA 93036

| Work Phone | Vehicle Identification Number | |
|---|---|---|
| | KMHTC6AD4HU318518 | |
| Home Phone | Delivery Date | In Service Date |
| 805-229-9529 | 5/21/18 | 5/21/18 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2017 | HYUNDAI | VELOSTER | VALUE EDITION | IRONMAN SI | |
| HU318518 | | | | | |

Cell: 805-229-9529 Email: EDDROCK111@GMAIL.COM

#1 - 15BUZ: MISCELLANEOUS C
CUSTOMER STATES DUAL CLUTCH TRANSMISSION also C
not shifting right will driving at high speeds C
check and advise also history C
Estimate: .00 .00

#3 - MPI: PERFORM MULTI POINT INSPECTION C
MULTI-POINT INSPECTION OEM RECOMMENDED C
Estimate: .00 .00

#4 - CATIRE: SET TIRE PRESSURES PER CARB STANDARDS C
Estimate: .00 .00

XTIME WEB APPT CREATED 2020-08-01 06:08:17PM
TAKEN
BY EDWIN ROCKENBACH... .drop off...also yes on
the wash

Total Estimate: .00

...MADE

...and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or ... delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the ... express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

...hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or ... to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply

*Alexander*

Hyundai ● GMC

1600 Auto Center Drive Oxnard, CA 93036
Phone (805) 751-4680

BARR 269275     EPA# CAL0003747 24
ROCKENBACH, EDWIN
1950 LANTANA ST #202
OXNARD, CA 93036

| Year | Make | Model | | | License Number |
|---|---|---|---|---|---|
| 2017 | HYUNDAI | VELOSTER | VALUE EDITION DUA (ROMAN) SI | | |

HU318518

| In-Service Date | Delivery Date | Color |
|---|---|---|
| KMHTC6AD4HU318518 | 5/21/18 | 5/21/18 |

| Home Phone | Work Phone |
|---|---|
| 805-229-9529 | |

| Service Advisor / Tag # | | |
|---|---|---|
| Fernando Reyes/5435 | | |

| Mileage In | Mileage Out |
|---|---|
| 35298 | 35298 |

| R.O. Open Date | Promise Date | Status | R.O. Number |
|---|---|---|---|
| 8/17/20 | 8/20/20 | Ftc.Invoice | 406926/1 |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|

CELL: 805-229-9529 Email: EDDROCK111@GMAIL.COM

#2 - CATIRE: SET TIRE PRESSURES PER CARB STANDARDS
Tech: EDGAR VALLEJO    (804)
SET TIRE TO SPECIFICATIONS AS NOTED ON FEDERAL
DOOR STICKER
                                    Sub Total: .00

#3 - 10BUZ: DRIVEABILITY
CUSTOMER STATES THAT, INTERMITTENLY, WHEN DRIVING
AT CLOSE TO 60 MPH, THE TRANSMISSION WILL DROP
INTO FIRST GEAR. AND, TODAY, ON THE WAY HERE,
WHILE COMING TO A STOP, THE VEHICLE ACCELERATED
BY ITSELF. CHECK AND ADVISE. SEE HISTORY.
Caused by
TEST DROVE VEHICLE FOR 45 MINUTES AT VARIOUS
SPEEDS AND OVER BUMPS AS REQUESTED BY GUEST TO
DUPLICATE CONCERN . FOUND THAT CONCERN WOULD
PRESENT IT SELF PARAMETERS FOR PADDLE SHIFTER
DOWN SHIFT REMAINED ON WHEN TURNING STEERING
WHEEL PARAMETER WOULD GO ON AND OFF . RECOMMEND
NEW CLOCK SPRING.
Tech: EDGAR VALLEJO    (804)
Unrealized 93490-B2110 :CONTACT ASSY-CLOCK SPRING9  Qty: 1
REPLACED CLOCK SPRING AND VERIFIED OPERATION.
****************************************

Warranty
Warranty

| LABOR |
|---|
| PARTS |
| DEDUCTIBLE |
| SUBLET |
| SHOP SUPPLIES |
| HAZARDOUS MATERIALS |
| SALES TAX OR TAX I.D |
| SPECIAL ORDER DEPOSIT |
| DISCOUNTS |
| TOTAL DUE |

SPECIAL ORDERS

X

OF OXNARD

BUICK GMC HYUNDAI
1500 Auto Center Drive, Oxnard, CA 93036
Phone: (805) 751-4680

| | |
|---|---|
| 8/17/30 | 4056926/2 |
| 8/20/10 | Pre Invoice |
| 35298 | 35298 |
| Fernando Reyes/5435 | |

SERVICE DEPARTMENT HOURS
7:30 a.m. to 6:00 p.m.
Monday - Friday
8:00 a.m. to 4:00 p.m. Saturday

BAR# 269275    EPA# CAL000374724
KUCKENBACH, EDWIN
1950 LANTANA ST #202
OXNARD, CA  93036

KMHTC6AD4HU318518

805-229-9529    5/21/18    5/21/18

| 2017 | HYUNDAI | VELOSTER | VALUE EDITION DUA | IRONMAN S1 |
|------|---------|----------|-------------------|------------|
| HU318518 | | | | |

```
* THANK YOU FOR CHOOSING US FOR YOUR SERVICE NEEDS. WE    *
* APPRECIATE YOUR BUSINESS AND HOPE YOU ARE COMPLTELY     *
* SATISFIED WITH OUR SERVICE. WE LOOK FORWARD TO HELPING  *
* YOU IN THE FUTURE                                       *
**************************************************************
```

TERMS STRICTLY CASH UNLESS ARRANGEMENTS...
work hereunder to be done...

DISCLAIMER OF WARRANTY
the manufacturer. The seller...

All parts new unless...

| | |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

X

# EXHIBIT D

# LEMON LAW GROUP PARTNERS PLC

Attorneys and Counselors at Law
150 N Robertson Blvd
Suite 307
Beverly Hills, CA 90211

Telephone (888) 415-0610
Facsimile (888) 809-7010
Email: info@lemonlawgrouppartners.com

September 20, 2020

Hyundai Motor America, Customer Care
P.O. Box 20850
Fountain Valley, CA 92728

Re: Edwin Rockenbach
      Vehicle: 2017 Hyundai Veloster
      VIN: KMHTC6AD4HU318518

Dear Sir/Madam:

Please be advised that this law firm represents the legal interests of Edwin Rockenbach relating to the purchase of the above-mentioned vehicle. Let this letter serve as notification that you immediately cease and desist all communications with our client. The only exception is the dealership may communicate with the client in reference to future repairs. Moreover, if you make any attempts to settle with our client without including all statutory relief, including all damages attorney fees and costs the consumer is entitled to, we may file suit against you. This letter hereby notifies you of our attorney's lien with respect to our client.

Please let this letter also serve as notification that our client's vehicle is defective. The vehicle has been brought in for repairs several times for numerous defects and although you have been afforded sufficient opportunities for repairs, the defects continue to exist and substantially impair the use and value and/or safety of the vehicle. If you are interested in any further repairs pursuant to the Lemon Law you must contact me immediately. Our client demands that you immediately take action as required by law.

This letter shall also serve as our client's Revocation of Acceptance pursuant to the Uniform Commercial Code § 2608 and notice of defect under the Lemon Law. Due to the serious defects with the Vehicle since its purchase, our client hereby demands a return of the full purchase price along with all interest paid on the finance note as well as attorney fees and incidental and consequential damages within 10 days of receipt of this letter to settle this matter prior to filing a lawsuit.

Please be advised that if you do not adhere to our demands within 10 days, our client has instructed me to file a lawsuit against you asserting claims that include, but in no way are limited to, breach of warranties, both express and implied, violation of the Magnuson Moss Warranty Act, violation of the Lemon Law, revocation of acceptance, and common law breach of contract. Please direct all future communication to my attention.

Respectfully submitted,

LEMON LAW GROUP PARTNERS PLC
By: s/n Kathryn Abrams
Of Counsel Attorney for Plaintiff

CC: Alexander Hyundai of Oxnard, 1600 Auto Center Dr, Oxnard, CA 93036

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Kathryn B. Abrams(SBN 266285) Of Counsel<br>Lemon Law Group Partners, PLC<br>9663 Santa Monica Blvd. Suite 176<br>Beverly Hills, CA 90210<br>TELEPHONE NO.: 888-415-0610   FAX NO.: 888-809-7010<br>ATTORNEY FOR *(Name)*: Plaintiff, Edwin Rockenbach | VENTURA<br>SUPERIOR COURT<br>**FILED**<br>NOV 2 0 2020<br>MICHAEL D. PLANET<br>Executive Officer and Clerk<br>BY: _____, Deputy<br>**CRISTAL V. ALVAREZ** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: Ventura
STREET ADDRESS: 800 South Victoria Avenue
MAILING ADDRESS: 800 South Victoria Avenue
CITY AND ZIP CODE: Ventura, California 93009
BRANCH NAME: Ventura County Superior Court

CASE NAME:
Edwin Rockenbach vs. Hyundai Motor America

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| ☑ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 56-2020-00547293-CU-BC-VTA |
| | | | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

By FAX

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☑ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition *(not specified above)* (43)

2. This case ☐ is  ☑ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☑ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action *(specify)*: Breach of Warranty & Magnuson-Moss Warranty Act
5. This case ☐ is  ☑ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: November 19, 2020
Kathryn B. Abrams
_____
(TYPE OR PRINT NAME)                         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
   Damage/Wrongful Death
Uninsured Motorist (46) *(if the
   case involves an uninsured
   motorist claim subject to
   arbitration, check this item
   instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
   Asbestos Property Damage
   Asbestos Personal Injury/
     Wrongful Death
Product Liability *(not asbestos or
   toxic/environmental)* (24)
Medical Malpractice (45)
   Medical Malpractice–
     Physicians & Surgeons
   Other Professional Health Care
     Malpractice
Other PI/PD/WD (23)
   Premises Liability (e.g., slip
     and fall)
   Intentional Bodily Injury/PD/WD
     (e.g., assault, vandalism)
   Intentional Infliction of
     Emotional Distress
   Negligent Infliction of
     Emotional Distress
   Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
   Practice (07)
Civil Rights (e.g., discrimination,
   false arrest) *(not civil
   harassment)* (08)
Defamation (e.g., slander, libel)
   (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
   Legal Malpractice
   Other Professional Malpractice
     *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
   Breach of Rental/Lease
     Contract *(not unlawful detainer
     or wrongful eviction)*
   Contract/Warranty Breach–Seller
     Plaintiff *(not fraud or negligence)*
   Negligent Breach of Contract/
     Warranty
   Other Breach of Contract/Warranty
Collections (e.g., money owed, open
   book accounts) (09)
   Collection Case–Seller Plaintiff
   Other Promissory Note/Collections
     Case
Insurance Coverage *(not provisionally
   complex)* (18)
   Auto Subrogation
   Other Coverage
Other Contract (37)
   Contractual Fraud
   Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
   Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
   Writ of Possession of Real Property
   Mortgage Foreclosure
   Quiet Title
   Other Real Property *(not eminent
     domain, landlord/tenant, or
     foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
   drugs, check this item; otherwise,
   report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
   Writ–Administrative Mandamus
   Writ–Mandamus on Limited Court
     Case Matter
   Writ–Other Limited Court Case
     Review
Other Judicial Review (39)
   Review of Health Officer Order
   Notice of Appeal–Labor
     Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
   *(arising from provisionally complex
   case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
   Abstract of Judgment (Out of
     County)
   Confession of Judgment *(non-
     domestic relations)*
   Sister State Judgment
   Administrative Agency Award
     *(not unpaid taxes)*
   Petition/Certification of Entry of
     Judgment on Unpaid Taxes
   Other Enforcement of Judgment
     Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
   above)* (42)
   Declaratory Relief Only
   Injunctive Relief Only *(non-
     harassment)*
   Mechanics Lien
   Other Commercial Complaint
     Case *(non-tort/non-complex)*
   Other Civil Complaint
     *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
   Governance (21)
Other Petition *(not specified
   above)* (43)
   Civil Harassment
   Workplace Violence
   Elder/Dependent Adult
     Abuse
   Election Contest
   Petition for Name Change
   Petition for Relief From Late
     Claim
   Other Civil Petition