JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN ROCKENBACH, individual,<br><br>Plaintiff,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA,<br><br>Defendant. | Case No. 2:21-cv-00039 MWF (JPRx)<br>[Ventura County Superior Court Case No.: 56-2020-00547293]<br><br>**ORDER OF DISMISSAL**<br><br>Complaint filed: November 20, 2020.<br><br>Judge: Hon. Michael W. Fitzgerald |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, the entire case is dismissed with prejudice.

Dated: May 25, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

ORDER OF DISMISSAL